**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | ) ) ) | |
| *Plaintiffs*, | ) ) | **C.A. No. 3:26-cv-00978** |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO, | ) ) ) ) | |
| *Defendant*. | | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Intellectual Ventures," "IV," or "Plaintiffs"), in their Complaint for patent infringement against Defendant Government Employees Insurance Company ("GEICO"), hereby allege as follows:

## NATURE OF THE ACTION

1.      This is a civil action for the infringement of United States Patent Nos. 7,712,080 ("the '080 Patent"), 8,332,844 ("the '844 Patent"), 8,352,584 ("the '584 Patent"), and 7,822,841 ("the '841 Patent") (collectively, the "Patents-in-Suit") under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*.

## THE PARTIES

### Intellectual Ventures

2.      Plaintiff Intellectual Ventures I LLC ("Intellectual Ventures I") is a Delaware limited liability company having its principal place of business located at 14360 SE Eastgate Way, Bellevue, WA 98007.

3.      Plaintiff Intellectual Ventures II LLC ("Intellectual Ventures II") is a Delaware limited liability company having its principal place of business located at 14360 SE Eastgate Way, Bellevue, WA 98007.

4.      Intellectual Ventures I is the exclusive licensee of the '080 Patent.

5.      Intellectual Ventures II is the owner of all rights, title, and interest in and to the '844, '584, and '841 Patents.

### Government Employees Insurance Company

6.      On information and belief, Defendant Government Employees Insurance Company ("GEICO" or "Defendant") is a Maryland corporation with a place of business at 2280 North Greenville Avenue, Richardson, Texas 75082. GEICO is registered to do business in the State of Texas and may be served with process through its registered agent, CT Corporation Systems, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201. On information and belief, GEICO does business itself, or through its wholly owned subsidiaries, affiliates, and agents in the State of Texas and the Northern District of Texas.

7.      On information and belief, GEICO is one of the largest "private passenger auto insurer in the United States" that "[e]mploys more than 28,000 associates," "[m]aintains 19 offices around the country," and "[p]rovides 24-hours service, seven days a week, 365 days a year online."[1] GEICO advertises on its website that it offers a wide range of financial and insurance products, including at least personal property and casualty insurance; personal liability and financial protection; life and personal insurance; and business and commercial insurance.[2]

---

[1] https://www.GEICO.com/about/corporate/at-a-glance/ (last accessed March 20, 2026).
[2] https://www.GEICO.com/about/corporate/at-a-glance/ (last accessed March 20, 2026).

8.      On information and belief, GEICO is the parent or umbrella entity for the following insurance companies, which are wholly owned by Berkshire Hathaway Inc.: GEICO Advantage Insurance Company, GEICO Casualty Company, GEICO Choice Insurance Company, GEICO County Mutual Insurance Company, GEICO General Insurance Company, GEICO Indemnity Company, GEICO Marine Insurance Company, GEICO Protection Insurance Company, GEICO Secure Insurance Company, and GEICO Texas County Mutual Insurance Company.[3]

9.      On information and belief, GEICO makes, utilizes, services, tests, distributes, and/or offers in the State of Texas and the Northern District of Texas financial services and technologies ("Accused Systems and Services") thereof that infringe the Patents-in-Suit, contributes to the infringement by others, and/or induces others to commit acts of patent infringement in the State of Texas and the Northern District of Texas.

10.     On information and belief, GEICO offers several types of financial services and technologies to its customers, employees, and/or other third parties, including the Accused Systems and Services. GEICO's services utilize systems, including, but not limited to Docker, Spark, and Kubernetes. These systems and services are used by various financial services and technologies managed by GEICO to enable the financial products and services that it offers to its customers, employees, and/or other third parties. Specifically, GEICO makes, utilizes, services, tests, distributes, and/or offers these financial systems and services throughout the world, including in the United States and Texas. These services are provided online, through GEICO applications, and used by GEICO Agents and GEICO customers.

---

[3] *See* https://www.geico.com/about/corporate/corporate-ownership/ (last accessed on March 26, 2026).

11.    On information and belief, GEICO has regular and established places of business, at which it has committed acts of infringement and placed the Accused Systems and Services into the stream of commerce, throughout the State of Texas and the Northern District of Texas. For example, on information and belief, GEICO acquired GEICO Texas County Mutual Insurance Company ("GEICO Texas"), in 2021[4], which is located in this District with its corporate office at 2280 North Greenville Avenue Richardson, Texas 75082.[5] Furthermore, on information and belief, Geico Texas operates as a subsidiary of GEICO and is actively managed by GEICO's executive management team.[6]

12.    On information and belief, GEICO maintains its Corporate Office, Human Resources, and facilities at 2280 North Greenville Avenue Richardson, Texas 75082.

---

[4] *See* https://bestsreview.ambest.com/displaychart.aspx?Record_Code=311851&src=43 (last accessed on March 26, 2026) (GEICO acquired Southern County Mutual Insurance Company in 2021, and remained it GEICO Texas County Mutual Insurance Company on June 17, 2021).

[5] *See* https://pitchbook.com/profiles/limited-partner/121938-22#overview (last accessed on March 26, 2026); https://www.bloomberg.com/profile/company/1021593D:US (last accessed on March 26, 2026).

[6] *See* https://pitchbook.com/profiles/limited-partner/121938-22#overview (last accessed on March 26, 2026).



*See* https://www.geico.com/contact-us/mail/ (last accessed March 20, 2026).

13.    On information and belief, GEICO has designated "Richardson as a key hub for its commercial insurance operations and announcing 500 new positions in December 2024."[7] Further, "GEICO has experienced substantial business growth in the region. This second facility represents the company's continued confidence in North Texas as an ideal location for expanding its diverse portfolio of insurance offerings."[8] Furthermore, on information and belief, once open, GEICO will occupy at least "nearly 400,000 square feet of office space across two buildings."[9]



GEICO's new 165,000-square-foot building in Mapletree's Galatyn Commons in Richardson, Texas.

*See* https://finance.yahoo.com/news/GEICO-expands-north-texas-2-192300730.html (last accessed March 20, 2026).

14.    On information and belief, GEICO held a ribbon cutting at "GEICO's new 165,000-square-foot building in Mapletree's Galatyn Commons marks the latest milestone in GEICO's

---

[7] https://www.geico.com/about/pressreleases/2025/20250327a/;
https://www.geico.com/about/pressreleases/2024/20241205/ (last accessed March 20, 2026).
[8] https://www.geico.com/about/pressreleases/2025/20250327a/ (last accessed March 20, 2026).
[9] https://www.geico.com/about/pressreleases/2025/20250327a/ (last accessed March 20, 2026).

rapid growth in the region."[10] Furthermore, GEICO has signed a "multi-year sponsorship agreement with the Dallas Cowboys, one of the most recognized sports franchises in the world. The sponsorship includes in-stadium signage, digital media integration, and community engagement opportunities throughout the Dallas-Fort Worth area."[11]



GEICO's Richardson Campus Leader and Head of Commercial Insurance Operations Jason Andrukonis alongside Richardson Mayor Amir Omar and members of the Richardson City Council celebrate the opening of its second North Texas building.

15.    For example, on information and belief, GEICO maintains insurance agency offices throughout this district, including at least (1) Jake Bosse at 2455 Ridge Rd, Suite 125, Rockwall, TX 75087; (2) Shayla Boles at 3337 Beltline Rd, Garland, TX 75044; (3) Amrit Narasimhan at 3959 North Belt Line Rd, Irving, TX 75038; (4) Mandy Bradley at 4822 Little Rd, Arlington, TX 76017; (5) Laura Ferring at 4630 Long Prairie Road, Suite 200, Flower Mound, TX 75028; (6) Greg Hilst at 750 S Main St., #131, Keller, TX 76248; (7) Victoria Elliott at 18671 Lyndon B Johnson Fwy, Suite 500, Mesquite, TX 75150; (8) Mike Anderson at 4608 Bryant Irvin Rd,

---

[10] https://www.geico.com/about/pressreleases/2026/20250115/ (last accessed March 20, 2026).
[11] https://www.geico.com/about/pressreleases/2026/20250115/ (last accessed March 20, 2026).

Suite 412, Fort Worth, TX 76132; (9) Scott Goldsberry at 2219 S. Loop 288, Suite 100, Denton, TX 76205; (10) Jennifer Reed at 1001 N I-35 E., Suite 316B, DeSoto, TX 75115; (11) Matt Bischof at 5101 Main Street, The Colony, TX 75056; (12) Reggie Wrinkle at 1329 South Danville Drive, Abilene, TX 79605; and (13) Keith Roberts at 6010 82nd St., Lubbock, TX 79424 (collectively, "GEICO Agencies").[12] These offices are physical places in the district where GEICO exercises control over the activities and holds out to the public that the services and products are from GEICO. Moreover, on information and belief, these GEICO agencies are affiliated companies and exclusively write business for GEICO.[13] GEICO sells its products through insurance brokerages or independent agencies that serve as its exclusive local agents.[14] These exclusive local agents are not permitted to represent other insurance companies without GEICO's permission.[15] Furthermore, GEICO provides training, provides comprehensive education, provides coaching that includes personalized feedback, provides developments of agent's selling skills, and various opportunities for advancement and career growth.[16]

16.     On information and belief, GEICO maintains regular and established places of business in the State of Texas, including the Northern District of Texas, where it has committed acts of infringement and placed the Accused Systems and Services into the stream of commerce through its wholly owned subsidiaries. GEICO and its affiliated companies, "provide automobile

---

[12] https://www.GEICO.com/insurance-agents/texas/dallas-fort-worth/;
https://www.GEICO.com/insurance-agents/texas/abilene-sweetwater/;
https://www.GEICO.com/insurance-agents/texas/lubbock/ (last accessed March 20, 2026).
[13] https://www.franchisedirect.com/being-a-GEICO-local-agent#:~:text=As%20a%20GEICO%20Local%20Agent,GEICO%20and%20our%20affiliated%20companies (last accessed March 20, 2026).
[14] https://davidduford.com/GEICO-insurance-sales-career/ (last accessed March 20, 2026).
[15] https://davidduford.com/GEICO-insurance-sales-career/ (last accessed March 20, 2026).
[16] https://davidduford.com/GEICO-insurance-sales-career/ (last accessed March 20, 2026).

insurance to over 16 million customers in all states and the District of Columbia."[17] For example, GEICO County Mutual Insurance listed 2280 North Greenville Avenue Richardson, TX 75082 — a location within the Northern District—as its place of business.[18]

17.     On information and belief, GEICO advertises on its website how to contact GEICO agencies in this District, including Dallas, Texas; Abilene – Sweetwater, Texas; and Lubbock, Texas. [19]



[17] https://www.geico.com/information/aboutinsurance/auto/geico-business-model/ (last accessed March 26, 2026).
[18] https://www.bloomberg.com/profile/company/1021593D:US (last accessed March 20, 2026).
[19] https://www.GEICO.com/insurance-agents/texas/dallas-fort-worth/;
https://www.GEICO.com/insurance-agents/texas/abilene-sweetwater/;
https://www.GEICO.com/insurance-agents/texas/lubbock/ (last accessed March 20, 2026).



**Victoria Elliott**

18671 Lyndon B Johnson Fwy, Suite 500
Mesquite, TX 75150
(469) 357-0900    velliott@geico.com

**Mike Anderson**

4608 Bryant Irvin Rd, Suite 412
Fort Worth, TX 76132
(682) 291-6550    mich1anderson@geico.com

**Matt Bischof**

5101 Main Street
The Colony, TX 75056
(469) 200-7202    mbischof@geico.com

**Jake Bosse**

2455 Ridge Rd Suite 125
Rockwall, TX 75087
(469) 745-6900    jbosse@geico.com

**Amrit Narasimhan**

3959 North Belt Line Rd
Irving, TX 75038
(469) 276-3710    anarasimhan@geico.com

**Mandy Bradley**

4822 Little Rd
Arlington, TX 76017
(817) 985-5300    manbradley@geico.com

**Jennifer Reed**

1001 N I-35 E., Suite 316B
DeSoto, TX 75115
(469) 801-2700    jenniferreed@geico.com

10





18.     On information and belief, GEICO offers various types of insurance in Texas, including in the Northern District of Texas. For example, GEICO advertises on its website that "Texas is famous for being a big state, and with size comes a vast number of roads and highways that Texas drivers use every day …. GEICO is here to provide a fast and free car insurance quote

11

for our outstanding coverage."[20] GEICO advertises that it "delivers competitively priced auto insurance in Texas and a variety of car insurance product that could save you money. Plus, you can easily manage your policy and access your digital ID card 24/7 through the GEICO Mobile App for convenient control anytime, anywhere."[21] Furthermore, GEICO advertises that its "Texas GEICO Insurance Agent can help you with insurance coverage on your car, motorcycle, RV, ATV, home, and more, all backed by exceptional service."[22]

19. On information and belief, GEICO controls and sets prices of insurance products offered to its customers through insurance agents located in the district and GEICO employees who remotely manage and supervise the GEICO Agencies. This process involves GEICO setting insurance rates, which are determined based on underwriting factors such as vehicle type, driving behavior and location.[23] GEICO operates a direct-writer model that controls distribution wherein GEICO sells its own policies through in-house or captive sales channels therefore GEICO centrally manages the sales of its policies.[24] Moreover, GEICO controls distribution through partnership and appointed agents whereby these partners and agents use GEICO's systems and integrate with GEICO technology.

20. On information and belief, GEICO provides a portal that allows agents to create quotes and transactions, and provides access to documents, forms, product manuals and related tools, policy management information, agency reporting statements, continuing education, and professional certifications and designations that enable agents to assist GEICO's customers. For

---

[20] https://www.GEICO.com/auto-insurance/states/tx/ (last accessed March 20, 2026).
[21] https://www.GEICO.com/auto-insurance/states/tx/ (last accessed March 20, 2026).
[22] https://www.GEICO.com/insurance-agents/texas/ (last accessed March 20, 2026).
[23] https://www.GEICO.com/information/faq/rate-increase/ (last accessed March 20, 2026).
[24] https://www.clarkinsurance.com/differences-direct-writer-independent-agent/ (last accessed March 20, 2026).

example, "GEICO has its independent agent program operating under the 'GEICO Broker Now'
platform." This program is considered "a careful and measured approach to independent agent
distribution" wherein partners and agents use GEICO's systems to "refin[e] processes, technology
integrations, and support systems."[25]



*See*
https://geicoextendprod.b2clogin.com/GEICOextendprod.onmicrosoft.com/B2C_1A_signup_sig
nin/oauth2/v2.0/authorize?response_type=code&client_id=f77f88b1-9ad4-43e9-b813-
02ce523bbbb1&redirect_uri=https://ecams.GEICO.com/federation/oidc/iagent&scope=f77f88b1
-9ad4-43e9-b813-02ce523bbbb1&code_challenge=ZpN304ScIwdL-
hYJ1nkRTNC_m7LRwoLhhmMM8Krj-
cE&code_challenge_method=S256&state=potueg92e4ohl5zuwj8ijicfegd6bs4&relayState=https
%3A%2F%2Fgateway.GEICO.com%2FDashboard (last accessed on March 20, 2026).

---

[25] https://agencyheight.com/GEICO-independent-agent-program/ (last accessed March 20, 2026).



*See* https://partners.GEICO.com/gvbps/#/ (last accessed on March 20, 2026).

21.    On information and belief, GEICO provides an agent portal to insurance agents for managing insurance policies and accessing GEICO's customer support and quoting processes. For example, GEICO advertises that "GEICO has developed specific technology tools and support to help maintain the quote-to-bind process and GEICO's efficiency" and "Agents entering the program will have to embrace GEICO's technology-driven processes and methods rather than expect the traditional carrier support models."[26] On information and belief, GEICO agents are required to have separate access/connection to GEICO's network from any other network and only authorized users can access or connect to GEICO's network. On information and belief, GEICO controls its agents access to GEICO's network and controls the manner and method of providing information to GEICO and its customers. On information and belief, this control is continuing and is required as long as there is access to GEICO's network and services including providing digital

---

[26] https://agencyheight.com/GEICO-independent-agent-program/ (last accessed March 20, 2026).

tools for policy management, customer support, and quoting.[27] Moreover, on information and belief, this access and control requires the agents to produce, store, and furnish to customers GEICO's business offerings.

22.    On information and belief, GEICO's insurance agents cannot offer GEICO products and services, including obtaining quotes for potential customers, without using GEICO services, including the Accused Systems and Services.[28] For example, "[t]he GEICO website states: 'GEICO never sells its products through insurance brokerages or independent agencies. GEICO Local Agents are exclusive agents for GEICO and partner companies and are not allowed to represent other insurance companies that compete with GEICO and partner companies in any way.'"[29] Moreover, "GEICO Local Agents are entrepreneurs who go into business to represent GEICO and property partners exclusively. Their primary role is to prospect and generate insurance leads and policies that GEICO would otherwise not capture."[30] Therefore, on information and belief, insurance claims relating to GEICO products must be filed with GEICO to seek

---

[27]https://www.franchisedirect.com/being-a-GEICO-local-agent#:~:text=As%20a%20GEICO%20Local%20Agent,GEICO%20and%20our%20affiliated%20companies; https://davidduford.com/GEICO-insurance-sales-career/ (last accessed March 20, 2026).

[28] https://www.franchisedirect.com/being-a-GEICO-local-agent#:~:text=As%20a%20GEICO%20Local%20Agent,GEICO%20and%20our%20affiliated%20companies; https://davidduford.com/GEICO-insurance-sales-career/ (last accessed March 20, 2026).

[29]https://www.insurancebusinessmag.com/us/companies/GEICO/116487/#:~:text=The%20GEICO%20website%20states:%20%E2%80%9CGEICO%20never%20sells,GEICO%20and%20partner%20companies%20in%20any%20way (last accessed March 20, 2026).

[30]https://www.insurancebusinessmag.com/us/companies/GEICO/116487/#:~:text=The%20GEICO%20website%20states:%20%E2%80%9CGEICO%20never%20sells,GEICO%20and%20partner%20companies%20in%20any%20way (last accessed March 20, 2026).

reimbursement. For example, personal and commercial insurance claims must be filed through GEICO's online portal or with GEICO itself. [31]

23.    On information and belief, GEICO has thousands of employees who work and reside in the District (collectively, "GEICO Employees").[32] Further, GEICO Senior Vice President Melissa Gallaro stated that "[t]he outstanding talent pool in North Texas has been instrumental in driving GEICO's success and we are thrilled to expand our presence in Richardson …. The skilled workforce in the region has enabled us to achieve significant growth while creating valuable career opportunities for the local community."[33]

24.    On information and belief, GEICO advertises that it "expands in North Texas with 2,500 new jobs, adds third building and Dallas Cowboys partnership."[34] GEICO "announced it has signed a lease for a third building next door and plans to add an additional 1,000 employees across its three buildings in Richardson over the next two years. Since December 2024, GEICO has announced 2,500 new jobs in North Texas supporting GEICO's sales, service and claims operations."[35]

25.    On information and belief, the GEICO Agencies and GEICO Employees in this District are regular, continuous, and established physical places of business of GEICO, being established, ratified, and/or controlled by GEICO as authorized agencies and residences, which are the places of business at which GEICO makes, utilizes, services, tests, distributes, and/or offers the Accused Systems and Services.

---

[31]https://www.insurancebusinessmag.com/us/companies/GEICO/116487/#:~:text=The%20GEICO%20website%20states:%20%E2%80%9CGEICO%20never%20sells,GEICO%20and%20partner%20companies%20in%20any%20way (last accessed March 20, 2026).

[32] https://www.geico.com/about/pressreleases/2026/20250115/ (last accessed March 20, 2026).

[33] https://www.geico.com/about/pressreleases/2025/20250327a/ (last accessed March 20, 2026).

[34] https://www.geico.com/about/pressreleases/2026/20250115/ (last accessed March 20, 2026).

[35] https://www.geico.com/about/pressreleases/2026/20250115/ (last accessed March 20, 2026).

26.     On information and belief, these GEICO agencies are GEICO physical places in the district along with the locations of its remote employees. These GEICO Agencies and remote employees are provided with GEICO advertising, policy, and technology that allow GEICO to conduct business in the District and offer customer service.[36] The services provided are directly within GEICO's conduct of business and include production, storage, transport, and exchange of GEICO goods and services that constitute GEICO's conduct of business. The primary operations of the GEICO Agencies and remote employees are not ancillary to the GEICO business of providing insurance and financial services.

27.     On information and belief, GEICO further ratifies and holds these GEICO Agencies and GEICO Employees out as regular and established places of business of GEICO in this District by recruiting, hiring, training, offering compensation and benefits to, controlling, and/or labeling as authorized or certified GEICO employees and agents some or all of the employees or agents employed in this District, including for example, GEICO insurance agents, customer service representatives, claims specialists, sales associates, sales managers, underwriters, financial professionals, insurance specialists, and managers.[37] GEICO provides its GEICO Agents step-by-step instructions regarding how to provide its insurance services, access to a secure network, and access portal. On information and belief, GEICO instructs, trains, monitors, and makes the decision on whether to continue or terminate with the GEICO Agencies. On information and belief, GEICO also hires support staff and GEICO employees who visit and work directly with GEICO employees. On information and belief, GEICO and its GEICO Agencies enter contracts that

---

[36] *See* https://davidduford.com/geico-insurance-sales-career/ (last accessed March 26, 2026).
[37] *See, e.g.,*
https://www.insurancebusinessmag.com/us/companies/GEICO/116487/#:~:text=The%20GEICO%20website%20states:%20%E2%80%9CGEICO%20never%20sells,GEICO%20and%20partner%20companies%20in%20any%20way (last accessed March 20, 2026).

control how the GEICO product offerings can be used, the timing and location of the product offerings, and provides GEICO Agencies with a portal and applications that are accessible at the GEICO Agency and with the customer sites that provide instructions on how to facilitate GEICO business. On information and belief, GEICO exercises control of GEICO Agents through training, instructions, access to technology, collaboration through the direction of GEICO, and through the ability to continue or terminate the relationship. On information and belief, the relationship between GEICO and its GEICO Agencies provides GEICO with the right of interim control.

28. On information and belief, GEICO compensates remote workers for expenses and utilities related to remote work, and GEICO materials, goods, and services are stored at the home offices of GEICO employees and at the GEICO Agencies.

29. On information and belief, GEICO further ratifies and holds these GEICO Agencies and GEICO Employees out as regular and established places of business of GEICO by providing them with promotions, equipment, and sharing customer data with these GEICO Agencies and GEICO Employees to offer customized GEICO services.

30. On information and belief, GEICO has established, ratified, and holds these GEICO Agencies and GEICO Employees out as regular and established places of business of GEICO by directing and controlling these GEICO Agencies' and GEICO Employees' actions and services in the foregoing manner, and has consented to these GEICO Agencies and GEICO Employees acting on GEICO's behalf and being GEICO's places of business, whereby the Accused Systems and Services are made, utilized, serviced, tested, distributed, and/or offered and placed into the stream of commerce in this District. These GEICO Agencies and GEICO Employees have consented to act on GEICO's behalf pursuant to the foregoing terms of control and direction in order to be able to offer financial services that utilize the Accused Systems and Services.

31.     On information and belief, GEICO further ratifies and holds these GEICO locations, GEICO Agencies, and GEICO Employees out as regular and established places of business of GEICO in this District by recruiting, hiring, training, offering compensation and benefits to, controlling, and/or labeling as authorized or certified GEICO employees who are software engineers that work on and/or develop the Accused Services and Systems. On information and belief, GEICO has numerous technical employees in the Northern District who develop and implement the Accused Systems and Services, including data engineers, data platform engineers, software engineers, DevOps engineers, data analysts, and developers.[38]

---

[38] : https://geico.wd1.myworkdayjobs.com/en-US/External/job/Seattle-WA/Senior-Full-Stack-Engineer_R0057662?q=Docker&locations=f1a55262d74b017c9494d6479b017c55 (last accessed March 26, 2026); https://www.linkedin.com/in/john-dunaske (last accessed March 20, 2026); https://www.linkedin.com/in/asbalderson (last accessed March 20, 2026) ; https://www.linkedin.com/in/austin-talbot (last accessed March 20, 2026); https://www.linkedin.com/jobs/view/sr-software-engineer-hybrid-go-java-microservices-kubernetes-at-geico-4321472851 (last accessed March 20, 2026); https://www.linkedin.com/in/sowmya-inugala-6a3680157 (last accessed March 20, 2026); https://www.linkedin.com/in/tomer-sagi-83aa568; https://www.linkedin.com/in/keerthanekbote; https://www.linkedin.com/in/jjhoffmann (last accessed March 20, 2026); https://www.linkedin.com/in/nishan-sharma-30ba8042 (last accessed March 20, 2026); https://www.linkedin.com/in/landonrobinson (last accessed March 20, 2026); https://www.linkedin.com/jobs/view/senior-engineer-data-analytics-at-geico-4325477956 (last accessed March 20, 2026); https://www.linkedin.com/in/kamalakar-k-8a0a68244 (last accessed March 20, 2026); https://www.linkedin.com/in/austin-talbot (last accessed March 20, 2026); https://www.linkedin.com/jobs/view/sr-software-engineer-hybrid-go-java-microservices-kubernetes-at-geico-4321472851 (last accessed March 20, 2026); https://www.linkedin.com/in/sowmya-inugala-6a3680157 (last accessed March 20, 2026); https://www.linkedin.com/in/tomer-sagi-83aa568 (last accessed March 20, 2026); https://www.linkedin.com/in/keerthanekbote (last accessed March 20, 2026); : https://geico.wd1.myworkdayjobs.com/en-US/External/job/Seattle-WA/Senior-Full-Stack-Engineer_R0057662?q=Docker&locations=f1a55262d74b017c9494d6479b017c55 (last accessed March 26, 2026); https://geico.wd1.myworkdayjobs.com/en-US/External/job/Richardson-TX/Senior-Staff-Software-Engineer---Java---HYBRID_R0062065?q=Kubernetes&locations=f1a55262d74b017c9494d6479b017c55 (last accessed March 26, 2026); https://www.remoterocketship.com/us/company/geico/jobs/senior-staff-engineer-united-states-remote (last accessed March 26, 2026); https://www.simplyhired.com/search?q=Geico+docker&l=Dallas%2C+TX&job=StApIyAukbSSvp8S-bIXMNNPoVKpp6TIWPcMC_afaYYhSeXe5Mdt2g (last accessed March 26, 2026);

32.     On information and belief, GEICO further ratifies and holds these GEICO locations out as regular and established places of business of GEICO in this District by recruiting, hiring, training, offering compensation and benefits to, controlling, and/or labeling as authorized or certified GEICO employees who are support staff and employees that support GEICO's business in the District.[39]

33.     On information and belief, GEICO servers, or servers that are run on behalf of GEICO and subject to its control, are involved in the infringement of the Patents-in-Suit. On information and belief, GEICO provides instructions on how to use its various systems and offerings, the use of which results in infringement of the Patents-in-Suit through performance of the claimed methods and use of the claimed systems are controlled and beneficial use is derived in this District.

34.     On information and belief, GEICO's servers located in this District and/or backend servers controlled by GEICO located in this District and elsewhere in Texas process information about products and services in this District so they can be offered and delivered to customers in

---

https://www.linkedin.com/in/mihret-getachew/ (last accessed March 20, 2026);
https://www.linkedin.com/in/ryan-barnett-603390a9/ (last accessed March 20, 2026);
https://www.linkedin.com/in/sai-krishna-nadendla-a420ab216/ (last accessed March 20, 2026);
https://www.linkedin.com/in/rammurthy-mudimadugula/ (last accessed March 20, 2026);
https://www.linkedin.com/in/ramesh-jallepalli/ (last accessed March 20, 2026);
https://www.linkedin.com/in/priyaaharii/ (last accessed March 20, 2026);
https://www.linkedin.com/in/kedar-kadu-1b7a41164/ (last accessed March 20, 2026);
https://www.linkedin.com/in/ramesh-jallepalli/ (last accessed March 20, 2026).
[39] https://www.linkedin.com/in/shanewheeler/ (last accessed March 20, 2026);
https://www.linkedin.com/in/caitlin-milleville/ (last accessed March 20, 2026);
https://www.linkedin.com/in/sarah-harding-cpcu-8bb684100/ (last accessed March 20, 2026);
https://www.linkedin.com/in/jayme-meeks/ (last accessed March 20, 2026);
https://www.linkedin.com/in/domenique-perez/ (last accessed March 20, 2026);
https://www.linkedin.com/in/tamara-burch-a35b4b6/ (last accessed March 20, 2026);
https://www.linkedin.com/in/boyd-hatchel-248b7682/ (last accessed March 20, 2026);
https://www.linkedin.com/in/tim-johnson-scla-886384b6/ (last accessed March 20, 2026);
https://www.linkedin.com/in/bryce-mawhinney-cpcu-784a4111/ (last accessed March 20, 2026).

this District, all of which constitutes material conduct that is part of, and helps establish, GEICO's infringement of the patented systems and techniques relating to the Accused Products and Services.

## JURISDICTION AND VENUE

35.     This is an action for patent infringement arising under the patent laws of the United States. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

36.     This Court has personal jurisdiction over GEICO because GEICO conducts business in and has committed acts of patent infringement, contributed to infringement by others, and/or induced others to commit acts of patent infringement in this District, the State of Texas, and elsewhere in the United States and has established minimum contacts with this forum state such that the exercise of jurisdiction over GEICO would not offend the traditional notions of fair play and substantial justice. On information and belief, GEICO transacts substantial business with entities and individuals in the State of Texas and the Northern District of Texas, by among other things, making, utilizing, servicing, testing, distributing, and/or offering GEICO's services that infringe the Patents-in-Suit, including the infringing Accused Systems and Services that GEICO purposefully directs into the State of Texas and this District as alleged herein, as well as by providing service and support to its partners, vendors, and/or third-parties in this District. GEICO places the Accused Systems and Services into the stream of commerce via authorized and established distribution channels with the knowledge and expectation that they will be made, utilized, serviced, tested, distributed, and/or offered in the State of Texas, including this District.

37.     GEICO is subject to this Court's general and specific jurisdiction pursuant to due process and/or the Texas Long Arm Statute due at least to GEICO's substantial business in the State of Texas and this District, including through its past infringing activities, because GEICO

21

regularly does and solicits business herein, and/or because GEICO has engaged in persistent conduct and/or has derived substantial revenues from offered financial services that utilize the Accused Systems and Services offered to partners, vendors, and/or third-parties in the State of Texas and this District.

38.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)-(c) and 1400(b) because GEICO resides in this District as it maintains numerous regular and established places of business in this District, and has committed and continues to commit acts of infringement in this District giving rise to this Action.

## FACTUAL BACKGROUND

39.    Intellectual Ventures Management, LLC ("Intellectual Ventures Management") was founded in 2000. Since then, Intellectual Ventures Management has been involved in the business of inventing. Intellectual Ventures Management facilitates invention by inventors and the filing of patent applications for those inventions, collaboration with others to develop and patent inventions, and the acquisition and licensing of patents from individual inventors, universities, corporations, and other institutions. A significant aspect of Intellectual Ventures Management's business is managing the Plaintiffs in this case, Intellectual Ventures I and Intellectual Ventures II.

40.    One of the founders of Intellectual Ventures Management is Nathan Myhrvold, who worked at Microsoft from 1986 until 2000 in a variety of executive positions, culminating in his appointment as the company's first Chief Technology Officer ("CTO") in 1996. While at Microsoft, Dr. Myhrvold founded Microsoft Research in 1991 and was one of the world's foremost software experts. Between 1986 and 2000, Microsoft became the world's largest technology company.

41.    Under Dr. Myhrvold's leadership, Intellectual Ventures acquired many patents covering important inventions now used in the financial services industry.

42.    GEICO's Accused Products and Services utilize and/or support various technologies, including but not limited to Kubernetes, Docker, and Spark. Certain of these products and services, such as Kubernetes, Docker, and Spark, are technologies used and managed by GEICO to enable the various products and services that GEICO offers to its customers. GEICO makes, manufactures, utilizes, services, tests, distributes, offers, and/or sells these products and services throughout the world, including in the United States and the State of Texas.

## THE PATENTS-IN-SUIT

### U.S. Patent No. 7,712,080

43.    On May 4, 2010, the PTO issued the '080 Patent, titled "Systems and Methods for Parallel Distributed Programming." The '080 Patent is valid and enforceable. A copy of the '080 Patent is attached as Exhibit 1.

44.    Intellectual Ventures I LLC is the exclusive licensee under the '080 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '080 Patent.

45.    The claims of the '080 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination.

### U.S. Patent No. 8,332,844

46.    On December 11, 2012, the PTO issued the '844 Patent, titled "Root Image Caching and Indexing for Block-Level Distributed Application Management." The '844 Patent is valid and enforceable. A copy of the '844 Patent is attached as Exhibit 2.

23

47.     Intellectual Ventures II is the owner of all rights, title, and interest in and to the '844 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '844 Patent.

48.     The claims of the '844 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination.

***U.S. Patent No. 8,352,584***

49.     On January 8, 2013, the PTO issued the '584 Patent, titled "Systems for Hosting Customized Computing Clusters." The '584 Patent is valid and enforceable. A copy of the '584 Patent is attached as Exhibit 3.

50.     Intellectual Ventures II LLC is the owner of all rights, title, and interest in and to the '584 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '584 Patent.

51.     The claims of the '584 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination.

***U.S. Patent No. 7,822,841***

52.     On October 26, 2010, the PTO issued the '841 Patent, titled "Method and System for Hosting Multiple, Customized Computing Clusters." The '841 Patent is valid and enforceable. A copy of the '841 Patent is attached as Exhibit 4.

53.     Intellectual Ventures II is the owner of all rights, title, and interest in and to the '841 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '841 Patent.

54.     The claims of the '841 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination.

### COUNT I

(GEICO's Infringement of U.S. Patent No. 7,712,080)

55.     Paragraphs 1 through 54 are incorporated by reference as if fully set forth herein.

56.     **Direct Infringement.** GEICO, without authorization or license from Intellectual Ventures I, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '080 Patent, by making, manufacturing, utilizing, servicing, testing, distributing, selling, offering, and/or offering for sale the Accused Products and Services that infringe the '080 Patent, including but not limited to at least the Accused Systems and Services include without limitation GEICO systems and services that utilize Spark; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future GEICO systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example GEICO Count I Systems and Services" or "GEICO Systems and Services")[40] literally or by the doctrine of equivalents.

---

[40] Plaintiffs do not accuse the public clouds of Defendant, to the extent those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Defendant's activities. Plaintiffs accuse Defendant's private clouds that implement GEICO Systems and Services and non-licensed public clouds that Defendant uses to support GEICO Systems and Services. Plaintiffs will provide relevant license agreements for cloud providers in discovery, and to the extent any of these licenses are relevant to Defendant's activities, Plaintiffs will meet and confer with Defendant about the impact of such license(s). Once a protective order is entered into the case, Plaintiffs will provide further details.

57.     On information and belief, GEICO has also infringed and continues to directly infringe literally or under the doctrine of equivalents, the Example '080 Patent Claims, by internal testing and use of the Example GEICO Count I Products and Services.

58.     Each claim of the '080 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act. The '080 Patent is related to systems and methods for parallel distributed programming over multiple processors and multiple memories including a distributed shared variable. The '080 Patent discloses and claims systems and methods that address technical problems that are inherent in and derive from prior art methods and systems involving the problems of efficiently programming tasks and threads in a parallel distributed program, among other issues. For example, the '080 Patent describes in column 1 at lines 25-30 that software "for operation on multiple processors that uses multiple memory areas" is "more complex" and are generally referred to as "parallel distributed programs." The Patent further describes different approaches to developing such programs at column 1 line 31 to column 2 line 2, but explains that existing approaches were problematic because developing source code "may be burdensome to develop because programming the multiple tasks and threads and having them send and receive messages to each other may dramatically change the code structure and data structure of the original algorithm" or are "generally not as efficient" because they "may require a transfer of large amounts of data from the memory" on different processor(s) and "thus may not satisfy the need for high performance parallel computing." The '080 Patent further describes that "improved systems and methods for parallel distributed programming are desirable" at column 2 lines 3-4. The '080 Patent addressed this technical problem and others with a technical solution that is described in the specification and captured by the asserted claims, including claim 9. Additionally, the claims of the '080 Patent are novel and non-obvious and recite elements and steps that were not routine or

conventional at the time of the invention, either individually or in combination. For example, the following claim limitations recited in claim 9 were not routine or conventional, as evidenced by the '080 Patent file history: "transforming the at least one distributed sequential computing program into at least one distributed parallel computing program by spawning at least one child distributed sequential computing program from the at least one distributed sequential computing program when at least one intermediate condition occurs within the at least one distributed sequential computing program, wherein the at least one distributed parallel computing program concurrently uses the at least one distributed sequential computing program and the at least one spawned child distributed sequential computing program to perform parallel processing and/or operations, wherein the at least one intermediate condition comprising one intermediate result that will be required by the at least one spawned child distributed sequential computing program to continue computation."

59.    On information and belief, the GEICO Systems and Services use Spark in GEICO's private cloud(s). For example, GEICO posts, or has posted, job opportunities that require familiarity with Spark technology and its engineers identify specific experience with Spark technology.[41]

---

[41] https://www.linkedin.com/in/jjhoffmann (GEICO engineer and tech data lead for "Apache Spark"); https://www.linkedin.com/in/nishan-sharma-30ba8042 (GEICO senior software engineering manager who "led a team in utilizing Spark/Scala/Databricks/Azure stack"); https://www.linkedin.com/in/landonrobinson (GEICO director of data operations who has big data engineering experience with Spark and other data processing technologies); https://www.linkedin.com/jobs/view/senior-engineer-data-analytics-at-GEICO-4325477956 (GEICO senior engineer job positing identifying responsibility for "Apache Spark for data processing"); https://www.linkedin.com/in/kamalakar-k-8a0a68244 (GEICO senior data engineer with expertise in Spark and other data processing technologies) (last accessed March 20, 2026).

60.    On information and belief, GEICO uses Spark at least on-premises and/or in a private cloud, and on information and belief, uses non-licensed Spark and/or other similar technologies that operate in the same or substantially similar manner as the specifically identified systems and services. For example, an article describing a conversation with a GEICO platform and infrastructure VP confirms that GEICO is in the process of implementing "a large OpenStack private cloud deployment and heavy use of Kubernetes to manage containerised compute and storage."[42] GEICO "is heavily focused on building with open source toolkits and using Kubernetes to provision compute. GEICO's team is "building a homegrown placement solution leveraging CAPI" (an emerging open-source project for Kubernetes cluster management)."[43] "Weekly has been hiring widely as GEICO builds out its team across a sweeping range of functions: A recent post by a colleague on LinkedIn noted that GEICO was hiring across 'nearly all domains [including] IaaS roles (dc, networking, compute core), PaaS roles (databases, storage, search, queues, caches), data platform (spark, iceberg, data lakehouse), billing + finance tech, marketing tech, or AI/ML…') for example."[44] On information and belief, Spark is available with OpenStack.[45] That same article confirms that, while GEICO had been transitioning parts of its data to the cloud, this was an on-going process and that it was repatriating this data: "Ten years into that [cloud] journey GEICO still hadn't migrated everything to the cloud, their bills went up 2.5X and their reliability challenges went up quite a lot too – because if you spread your data and your

---

[42] https://www.thestack.technology/warren-buffetts-GEICO-repatriates-work-from-the-cloud-continues-ambitious-infrastructure-overhaul/ (last accessed March 20, 2026).
[43] https://www.thestack.technology/warren-buffetts-GEICO-repatriates-work-from-the-cloud-continues-ambitious-infrastructure-overhaul/ (last accessed March 20, 2026).
[44] https://www.thestack.technology/warren-buffetts-GEICO-repatriates-work-from-the-cloud-continues-ambitious-infrastructure-overhaul/ (last accessed March 20, 2026).
[45] https://docs.openstack.org/sahara-plugin-spark/latest/user/spark-plugin.html (last accessed March 20, 2026).

methodology across so many different vendors you are going to spend a lot of time recollecting that data to actually serve customers."[46] On information and belief, GEICO cut significant costs by "bringing workloads back to private infrastructure."[47]

61.　On information and belief, each claim of the '080 Patent recites an independent invention. Neither the example claims described nor any other individual claim is representative of all claims in the '080 Patent.

62.　An exemplary claim, claim 9 of the '080 Patent is reproduced below:

> 9. *A distributed parallel computing system, having at least one memory area and at least one processor, comprising: at least one distributed shared variable capable of loading into the at least one memory area, wherein the at least one distributed shared variable is a single variable that includes several variables that may be physically loaded into the at least one memory area; and at least one distributed sequential computing program, configured to operate in the at least one processor, configured to access the at least one distributed shared variable, and configured to transform into at least one distributed parallel computing program by spawning at least one child distributed sequential computing system program when at least one intermediate condition occurs within the at least one distributed sequential program, wherein the at least one distributed parallel computing program concurrently uses the at least one distributed sequential computing program and the at least one spawned child*

---

[46] https://www.thestack.technology/warren-buffetts-GEICO-repatriates-work-from-the-cloud-continues-ambitious-infrastructure-overhaul/ (last accessed on March 20, 2026).

[47] https://www.thestack.technology/warren-buffetts-GEICO-repatriates-work-from-the-cloud-continues-ambitious-infrastructure-overhaul/ (last accessed on March 20, 2026).

*distributed sequential computing program to perform parallel processing and/or operations, wherein the at least one intermediate condition comprising one intermediate result that will be required by the at least one spawned child distributed sequential computing program to continue computation.*

63.    On information and belief, the GEICO Count I Systems and Services include a distributed parallel computing system having at least one memory area and at least one processor. For example, Spark consist of a distributed parallel computing system having multiple memory and processors, as the below examples show.

## Overview

At a high level, every Spark application consists of a *driver program* that runs the user's main function and executes various parallel operations on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.

*See* https://spark.apache.org/docs/latest/rdd-programming-guide.html[48] (last accessed March 20, 2026).

### Which Storage Level to Choose?

Spark's storage levels are meant to provide different trade-offs between memory usage and CPU efficiency. We recommend going through the following process to select one:

- If your RDDs fit comfortably with the default storage level (MEMORY_ONLY), leave them that way. This is the most CPU-efficient option, allowing operations on the RDDs to run as fast as possible.

- If not, try using MEMORY_ONLY_SER and selecting a fast serialization library to make the objects much more space-efficient, but still reasonably fast to access. (Java and Scala)

- Don't spill to disk unless the functions that computed your datasets are expensive, or they filter a large amount of the data. Otherwise, recomputing a partition may be as fast as reading it from disk.

- Use the replicated storage levels if you want fast fault recovery (e.g. if using Spark to serve requests from a web application). *All* the storage levels provide full fault tolerance by recomputing lost data, but the replicated ones let you continue running tasks on the RDD without waiting to recompute a lost partition.

*See* https://spark.apache.org/docs/latest/rdd-programming-guide.html (last accessed March 20, 2026).

---

[48] Annotations added unless otherwise noted.

64.　　On information and belief, the GEICO Count I Systems and Services include at least one distributed shared variable capable of loading into the at least one memory area, wherein the at least one distributed shared variable is a single variable that includes several variables that may be physically loaded into the at least one memory area, as the below examples show. For example, Spark collects large volumes of data and distributes the data across multiple nodes. Spark automatically partitions the data into Resilient Distributed Datasets (RDDs) that operate in parallel. The RDDs are partitioned across multiple nodes and processed across at least one memory area.

## Resilient Distributed Datasets (RDDs) 🔗

Spark revolves around the concept of a *resilient distributed dataset* (RDD), which is a fault-tolerant collection of elements that can be operated on in parallel. There are two ways to create RDDs: *parallelizing* an existing collection in your driver program, or referencing a dataset in an external storage system, such as a shared filesystem, HDFS, HBase, or any data source offering a Hadoop InputFormat.

*See* https://spark.apache.org/docs/latest/rdd-programming-guide.html (last accessed March 20, 2026).

## RDDs — Partitions

- RDDs are designed to contain huge amounts of data , that cannot fit onto one single machine → hence, the data has to be partitioned across multiple machines/nodes

- Spark automatically partitions RDDs and distributes the partitions across different nodes

- A partition in spark is an atomic chunk of data stored on a node in the cluster

- Partitions are basic units of parallelism in Apache Spark

- RDDs in Apache Spark are collection of partitions

- Operations on RDDs automatically place tasks into partitions, maintaining the locality of persisted data

*See* https://blog.k2datascience.com/batch-processing-apache-spark-a67016008167 (last accessed March 20, 2026).

31

# Parallelism

Parallelism in Spark is all about doing multiple things at the same time. The core idea is to divide the data into smaller chunks (partitions), so they can be processed simultaneously. The more partitions you have, the more tasks can run in parallel, leading to faster processing times.

*See* https://dataengineerinterview.substack.com/p/a-deep-dive-into-apache-spark-partitioning (last accessed March 20, 2026).

Imagine you have a dataset with 1 million records. If this dataset is divided into 10 partitions, Spark can launch 10 tasks to process each partition simultaneously. If the cluster has sufficient resources, these tasks will run in parallel, speeding up the process. However, if you increase the number of partitions to 100, and assuming your cluster has the resources (like CPU cores) to handle these tasks, Spark can now launch 100 tasks to run concurrently. This dramatically increases parallelism and reduces the total time taken to process the entire dataset.

*See* https://dataengineerinterview.substack.com/p/a-deep-dive-into-apache-spark-partitioning (last accessed March 20, 2026).

### In-Memory Processing: Spark's Secret Sauce

The magic ingredient that sets Apache Spark apart from many other data processing frameworks is its effective utilization of in-memory processing. In-memory processing involves storing and processing data directly in a computer's RAM (Random Access Memory), as opposed to reading and writing data to slower storage devices like hard drives.

*See* https://medium.com/@harshavardhan7696/unleashing-speed-and-efficiency-in-memory-processing-in-apache-spark-c9e7ccc6460e (last accessed March 20, 2026).

32

65.    On information and belief, the RDDs contain variables that allow the nodes to process data in parallel, as the below evidence shows. RDDs are processed using functions and variables that can be used to create other RDDs to further process the data set.

**In-Memory Computation**

Spark uses in-memory computation as a way to speed up the total processing time. In the in-memory computation, the data is kept in RAM (random access memory) instead of the slower disk drives. This is very helpful as it reduces the cost of memory and allows for pattern detection, analyzes large data more efficiently. Main methods that accompany this are *cache()* and *persist()* methods.

**RDD Creation**

Here's an example of RDDs created during a method call:

Which first loads HDFS blocks in memory and then applies map() function to filter out keys creating two RDDs:



*See* https://blog.k2datascience.com/batch-processing-apache-spark-a67016008167 (last accessed March 20, 2026).

66.    On information and belief, the GEICO Count I Systems and Services include at least one distributed sequential computing program configured to operate in the at least one processor, access the at least one distributed shared variable, and transform into at least one distributed parallel computing program by spawning at least one child distributed sequential

computing system program when at least one intermediate condition occurs within the at least one distributed sequential program, as the below evidence shows. For example, Spark contains a driver program that is configured to operate in the at least one processor and is configured to access the RDDs. Spark jobs are authored in programming languages such as Java, Scala, and Python, and Spark is configured to access the at least one distributed shared variable (RDDs) through the access of RDDs by a Spark job.

## Spark Overview

Apache Spark is a fast and general-purpose cluster computing system. It provides high-level APIs in Java, Scala, Python and R, and an optimized engine that supports general execution graphs. It also supports a rich set of higher-level tools including Spark SQL for SQL and structured data processing, MLlib for machine learning, GraphX for graph processing, and Spark Streaming.

*See* https://archive.apache.org/dist/spark/docs/2.0.1/ (last accessed March 20, 2026).

## Overview

At a high level, every Spark application consists of a *driver program* that runs the user's main function and executes various parallel operations on a cluster. The main abstraction Spark provides is a *resilient distributed dataset* (RDD), which is a collection of elements partitioned across the nodes of the cluster that can be operated on in parallel. RDDs are created by starting with a file in the Hadoop file system (or any other Hadoop-supported file system), or an existing Scala collection in the driver program, and transforming it. Users may also ask Spark to *persist* an RDD in memory, allowing it to be reused efficiently across parallel operations. Finally, RDDs automatically recover from node failures.

*See* https://spark.apache.org/docs/latest/rdd-programming-guide.html (last accessed March 20, 2026).

67.    On information and belief, the Spark Execution Model transforms the distributed sequential computing program into a series of stages and sets of parallel tasks that run in parallel on the Spark cluster. This includes Spark tasks operating on a set of RDDs in parallel for a given stage, as the below evidence shows.

## Spark — Execution Workflow



*See* https://blog.k2datascience.com/batch-processing-apache-spark-a67016008167 (last accessed March 20, 2026).

68.    On information and belief, Spark implements shuffle boundaries where stages and/or tasks wait for the prior stage to complete before fetching map outputs, as the below evidence shows.

DAGScheduler splits up a job into a collection of stages. Each stage contains a sequence of narrow transformations that can be completed without shuffling the entire data set, separated at **shuffle boundaries**, i.e. where shuffle occurs. Stages are thus a result of breaking the RDD graph at shuffle boundaries.



Figure 4. Graph of Stages

Shuffle boundaries introduce a barrier where stages/tasks must wait for the previous stage to finish before they fetch map outputs.

*See* https://mallikarjuna_g.gitbooks.io/spark/content/spark-dagscheduler-stages.html (last accessed March 20, 2026).

69.     On information and belief, the GEICO Count I Systems and Services include the at least one distributed parallel computing program concurrently uses the at least one distributed sequential computing program and the at least one spawned child distributed sequential computing program to perform parallel processing and/or operations, as the below evidence shows. For example, Spark implements a set of tasks running in parallel for a given stage. The distributed parallel computing program includes the Spark job and driver program. The spawned child distributed sequential computing program is the sequential code in a task for a given stage. *See* claim limitations [9.b] and [9.b.i-iii].

## Spark — Execution Workflow



*See* https://blog.k2datascience.com/batch-processing-apache-spark-a67016008167 (last accessed March 20, 2026).

70.     On information and belief, the GEICO Count I Systems and Services include the at least one intermediate condition comprising one intermediate result that will be required by the at least one spawned child distributed sequential computing program to continue computation, as the

below evidence showss. For example, Spark implements shuffle boundary where stages and/or tasks wait for the prior stage to complete before fetching map outputs.



DAGScheduler splits up a job into a collection of stages. Each stage contains a sequence of narrow transformations that can be completed without shuffling the entire data set, separated at **shuffle boundaries**, i.e. where shuffle occurs. Stages are thus a result of breaking the RDD graph at shuffle boundaries.

Figure 4. Graph of Stages

Shuffle boundaries introduce a barrier where stages/tasks must wait for the previous stage to finish before they fetch map outputs.

*See* https://mallikarjuna_g.gitbooks.io/spark/content/spark-dagscheduler-stages.html (last accessed March 20, 2026).

71.    On information and belief, GEICO directly infringes the asserted claims of the '080 Patent, either literally or under the doctrine of equivalents, through at least using Spark in the GEICO Systems and Services.

72.    In addition, on information and belief, GEICO directly infringes the '080 Patent by testing the GEICO Systems and Services and its various systems that use Spark.

73.    On information and belief, GEICO has known that its infringing products and services, such as the Example Count I Products and Services, cannot be used without infringing the '080 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

74. **Willful Blindness.** GEICO knew of the '080 Patent, or should have known of the '080 Patent, but was willfully blind to its existence. GEICO has had actual knowledge of the '080 Patent not later than receipt of a letter, dated March 26, 2026, and received on the same date. By the time of trial, GEICO will have known (at least since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '080 Patent. *See* Exhibit 5 (Notice Letter).

75. **Induced Infringement.** GEICO has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '080 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or cause to use its products and services, such as Example GEICO Count I Products and Services, in an infringing manner as described above, including encouraging and instructing its partners, vendors, customers, and/or third parties to infringe the '080 Patent. For example, on information and belief, GEICO offers products and services to its customers and third parties and/or employees that are associated with backend functionality provided by the Example GEICO Count I Products and Services. GEICO has contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '080 Patent by offering such products and services and contributing to and/or inducing its customers and third parties and/or employees to use such products and services that are associated with backend functionality provided by the Example GEICO Count I Products and Services.

76. On information and belief, GEICO, with knowledge at least since the receipt of the notice letter and the time of filing the complaint, also indirectly infringes the '080 Patent by inducing its employees, customers, and other third parties (such as vendors) to use GEICO Systems

and Services, and provides documents that include instructions regarding how to use GEICO products and services that use Spark in the GEICO Systems and Services in an infringing manner.

77. On information and belief, GEICO supplies its employees, customers, and other third parties with access to the GEICO Systems and Services through various products and services that allows its employees, customers, and other third parties to use the claimed method. On information and belief, GEICO provides instructions on how to use its various products and services that use Spark in the GEICO Systems and Services in an infringing manner, the use of which results in infringement of the '080 Patent claims through performance of the claimed methods.

78. On information and belief, GEICO therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '080 Patent with knowledge of the '080 Patent and knowledge that the induced acts constitute infringement of one or more claims of the '080 Patent. GEICO has actively induced others, including, but not limited to, partners, vendors, customers, and/or third-parties who use the Example GEICO Count I Products and Services to infringe the '080 Patent, literally and/or by the doctrine of equivalents, throughout the United States, including within this District, by, among other things, advertising, promoting, and instructing the infringing use of the Example GEICO Count I Products and Services.

79. **Contributory Infringement.** GEICO actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia,* knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '080 Patent by its partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a separate and

distinct technology that is especially made or especially adapted for use in infringement of the '080 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

80. GEICO therefore actively, knowingly, and intentionally has been and continues to materially contribute to its partners', vendors', and/or third-parties' infringement of the '080 Patent, literally and/or by the doctrine of equivalents, by making, manufacturing, utilizing, servicing, testing, distributing, selling, offering, and/or offering for sale the Example GEICO Count I Products and Services for use in a manner that infringes one or more claims of the '080 Patent. Example GEICO Count I Products and Services are especially made or adapted for infringing the '080 Patent and have no substantial non-infringing use.

81. Intellectual Ventures I is entitled to recover damages adequate to compensate for Defendant's infringement of the '080 Patent and will continue to be damaged by such infringement. Intellectual Ventures I is entitled to recover damages from Defendant to compensate for Defendant's infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

82. Further, Defendant's infringement of Intellectual Ventures I's rights under the '080 Patent will continue to damage Intellectual Ventures I's business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

83. As a result of Defendant's acts of infringement, Intellectual Ventures I has suffered and will continue to suffer damages in an amount to be proven at trial.

## <u>COUNT II</u>

(GEICO's Infringement of U.S. Patent No. 8,332,844)

84.     Paragraphs 1 through 83 are incorporated by reference as if fully set forth herein.

85.     **Direct Infringement**. GEICO, without authorization or license from Intellectual Ventures II, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '844 Patent, by making, manufacturing, utilizing, servicing, testing, distributing, selling, offering, and/or offering for sale the Accused Products and Services that infringe the '844 Patent, including but not limited to at least the Accused Systems and Services include without limitation GEICO systems and services that utilize Docker; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services, such as containerd; and all past, current, and future GEICO systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example GEICO Count II Systems and Services" or "GEICO Systems and Services")[49] literally or by the doctrine of equivalents.

86.     On information and belief, GEICO has also infringed and continues to directly infringe, literally or under the doctrine of equivalents, the Example '844 Patent Claims, by internal testing and use of the Example GEICO Count II Products and Services.

87.     Each claim of the '844 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act. For example, the '844 Patent is related to root image caching and indexing for block-level distributed application management. The '844 Patent discloses and claims

---

[49] Plaintiffs do not accuse the public clouds of Defendant, to the extent those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Defendant's activities. Plaintiffs accuse Defendant's private clouds that implement GEICO Systems and Services and non-licensed public clouds that Defendant uses to support GEICO Systems and Services. Plaintiffs will provide relevant license agreements for cloud providers in discovery, and to the extent any of these licenses are relevant to Defendant's activities, Plaintiffs will meet and confer with Defendant about the impact of such license(s). Once a protective order is entered into the case, Plaintiffs will provide further details.

systems and methods that address technical problems that are inherent in and derive from prior art methods and systems involving the problems of updating the boot image(s) for the cluster, among other issues. For example, the '844 Patent describes at column 1 lines 64-67 that "[r]egardless of which of the preceding methods is used, both suffer from the same major problem-updating the boot image(s) for the cluster is cumbersome, as it means updating a number of copies of the boot image." The '844 Patent addressed this technical problem and others with a technical solution that is reflected in the asserted claims, including, for example, claim 7. Additionally, the claims of the '844 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination. For example, the following claim limitations recited in claim 7 were not routine or conventional, as evidenced by the '844 Patent file history: "said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image" and "wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes."

88.    On information and belief, the GEICO Systems and Services use Docker technology in at least GEICO's on-premise and/or private cloud(s). For example, GEICO posts, or has posted, job opportunities that require familiarity with Docker containerization concepts and it has engineers who indicate that they use Docker as part of their job responsibilities.[50]

---

[50] https://geico.wd1.myworkdayjobs.com/en-US/External/job/Richardson-TX/Senior-Staff-Software-Engineer---Java---HYBRID_R0062065?q=Kubernetes&locations=f1a55262d74b017c9494d6479b017c55 (last accessed March 26, 2026) (qualifications including Docket and Kubernetes); https://www.remoterocketship.com/us/company/geico/jobs/senior-staff-engineer-united-states-remote (last accessed March 26, 2026) ("Experience in container technology like Docker and Kubernetes platform development."); https://www.simplyhired.com/search?q=Geico+docker&l=Dallas%2C+TX&job=StApIyAukbSSvp8S-bIXMNNPoVKpp6TIWPcMC_afaYYhSeXe5Mdt2g (last accessed March 26, 2026)

89.     On information and belief, other information confirms GEICO uses non-licensed implementations of Docker. For example, GEICO has implemented an infrastructure overhaul that includes a "large OpenStack private cloud deployment and heave use of Kubernetes to manage containerized compute and storage."[51] OpenStack supports container technologies including Docker, Kubernetes, and Mesos.[52] There are also various publicly-available articles that discuss how to install and use Docker and other similar container technologies on OpenStack.[53]

90.     On information and belief, GEICO uses at least on-premises and/or private cloud, and on information and belief, uses non-licensed Docker and/or other similar technologies that operate in the same or substantially similar manner as the specifically identified systems and services. For example, an article describing a conversation with a GEICO platform and infrastructure VP confirms that GEICO is in the process of implementing "a large OpenStack private cloud deployment and heavy use of Kubernetes to manage containerised compute and storage."[54] GEICO "is heavily focused on building with open source toolkits and using Kubernetes to provision compute. GEICO's team is "building a homegrown placement solution leveraging CAPI" (an emerging open-source project for Kubernetes cluster management)."[55] That article

---

(qualifications including Docker experience); https://www.linkedin.com/in/john-dunaske (GEICO software engineer with skills in "React, Agile, Kubernetes, OpenShift and Docker"); https://www.linkedin.com/in/asbalderson (GEICO software engineer with strong background in CI/CD pipelines, "particularly with Jenkins and Docker") (last accessed March 20, 2026).

[51] https://www.thestack.technology/warren-buffetts-GEICO-repatriates-work-from-the-cloud-continues-ambitious-infrastructure-overhaul/ (last accessed March 20, 2026).

[52] https://www.openstack.org/use-cases/containers/ (last accessed March 20, 2026).

[53] *See, e.g.*, https://www.codegenes.net/blog/how-do-i-install-docker-using-cloud-init/ (last accessed March 20, 2026); https://hostadvice.com/how-to/web-hosting/containers/how-to-deploy-docker-containers-with-openstack-heat/ (last accessed March 20, 2026).

[54] https://www.thestack.technology/warren-buffetts-GEICO-repatriates-work-from-the-cloud-continues-ambitious-infrastructure-overhaul/ (last accessed on March 20, 2026).

[55] https://www.thestack.technology/warren-buffetts-GEICO-repatriates-work-from-the-cloud-continues-ambitious-infrastructure-overhaul/ (last accessed on March 20, 2026).

43

confirms that, while GEICO had been transitioning parts of its data to the cloud, this was an on-going process and that it was repatriating this data: "Ten years into that [cloud] journey GEICO still hadn't migrated everything to the cloud, their bills went up 2.5X and their reliability challenges went up quite a lot too – because if you spread your data and your methodology across so many different vendors you are going to spend a lot of time recollecting that data to actually serve customers."[56] On information and belief, GEICO cut significant costs by "bringing workloads back to private infrastructure."[57]

91.    Each claim of the '844 Patent recites an independent invention. Neither the example claims described nor any other individual claim is representative of all claims in the '844 Patent.

92.    An exemplary claim, claim 7 of the '844 Patent is reproduced below:

*7. A method for providing data to a plurality of compute nodes, comprising: storing blocks of a root image of said compute nodes on a first storage unit; storing leaf images for respective compute nodes on respective second storage units, said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image, wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes; and caching blocks of said root image that have been accessed by at least one of said compute nodes in a cache memory.*

93.    On information and belief, the GEICO Count II Systems and Services practice a method for providing data to a plurality of compute nodes, as the below evidence shows. For

---

[56] https://www.thestack.technology/warren-buffetts-GEICO-repatriates-work-from-the-cloud-continues-ambitious-infrastructure-overhaul/ (last accessed on March 20, 2026).
[57] https://inspectural.com/blog/GEICO-300m-cloud-exit/ (last accessed on March 20, 2026).

example, on information and belief, GEICO's use of Docker provides "a method for providing data to a plurality of compute nodes." (last accessed March 20, 2026).

> Docker is an open platform for developing, shipping, and running applications. Docker enables you to separate your applications from your infrastructure so you can deliver software quickly. With Docker, you can manage your infrastructure in the same ways you manage your applications. By taking advantage of Docker's methodologies for shipping, testing, and deploying code, you can significantly reduce the delay between writing code and running it in production.

*See* https://docs.docker.com/get-started/overview/ (last accessed March 20, 2026).

## The Docker platform

> Docker provides the ability to package and run an application in a loosely isolated environment called a container. The isolation and security lets you run many containers simultaneously on a given host. Containers are lightweight and contain everything needed to run the application, so you don't need to rely on what's installed on the host. You can share containers while you work, and be sure that everyone you share with gets the same container that works in the same way.

*See* https://docs.docker.com/get-started/overview/ (last accessed March 20, 2026).

> Docker provides tooling and a platform to manage the lifecycle of your containers:
>
> - Develop your application and its supporting components using containers.
> - The container becomes the unit for distributing and testing your application.
> - When you're ready, deploy your application into your production environment, as a container or an orchestrated service. This works the same whether your production environment is a local data center, a cloud provider, or a hybrid of the two.

*See* https://docs.docker.com/get-started/overview/ (last accessed March 20, 2026).

94.     On information and belief, Docker uses a client-server architecture. For example, the Docker architecture shown below shows a client, a Docker host, and a registry, as the below evidence shows. Docker clients communicate with a Docker daemon, which builds, runs, and distributes Docker containers. Docker images are run within containers.



*See* https://docs.docker.com/get-started/overview/ (last accessed March 20, 2026).

95.　　On information and belief, the GEICO Count II Systems and Services practice storing blocks of a root image of said compute nodes on a first storage unit, as the below examples show. For example, on information and belief, Docker stores blocks of a root image including a collection of read-only layers in a Docker image in the Docker registry.

The layers are stacked on top of each other. When you create a new container, you add a new writable layer on top of the underlying layers. This layer is often called the "container layer". All changes made to the running container, such as writing new files, modifying existing files, and deleting files, are written to this thin writable container layer. The diagram below shows a container based on an `ubuntu:15.04` image.

*See* https://docs.docker.com/storage/storagedriver/ (last accessed March 20, 2026).



*See* https://docs.docker.com/storage/storagedriver/ (last accessed March 20, 2026).

## Distribution Registry

### What it is

The Registry is a stateless, highly scalable server side application that stores and lets you distribute container images and other content. The Registry is open-source, under the permissive Apache license.

*See* https://docs.docker.com/registry/ (last accessed March 20, 2026).

## Why use it

You should use the Registry if you want to:

- tightly control where your images are being stored
- fully own your images distribution pipeline
- integrate image storage and distribution tightly into your in-house development workflow

*See* https://docs.docker.com/registry/ (last accessed March 20, 2026).

96.     On information and belief, the image below shows blocks of a root image (associated with ubuntu version 15.04) that is associated with a compute node, as the below evidence shows.



*See* https://docs.docker.com/storage/storagedriver/ (last accessed March 20, 2026).

97.     On information and belief, an image stores blocks of a root image, such as an ubuntu image or other operating systems software and other applications and software, as the below evidence shows.

An image is a read-only template with instructions for creating a Docker container. Often, an image is based on another image, with some additional customization. For example, you may build an image which is based on the `ubuntu` image, but installs the Apache web server and your application, as well as the configuration details needed to make your application run.

*See* https://docs.docker.com/get-started/overview/ (last accessed March 20, 2026).

## Docker registries

A Docker registry stores Docker images. Docker Hub is a public registry that anyone can use, and Docker looks for images on Docker Hub by default. You can even run your own private registry.

*See* https://docs.docker.com/get-started/overview/ (last accessed March 20, 2026).

98.     On information and belief, an image stores blocks of a root image, such as an ubuntu image or other operating systems software and other applications and software, as the below evidence shows.

An image is a read-only template with instructions for creating a Docker container. Often, an image is based on another image, with some additional customization. For example, you may build an image which is based on the `ubuntu` image, but installs the Apache web server and your application, as well as the configuration details needed to make your application run.

*See* https://docs.docker.com/get-started/overview/ (last accessed March 20, 2026).

## Docker registries

A Docker registry stores Docker images. Docker Hub is a public registry that anyone can use, and Docker looks for images on Docker Hub by default. You can even run your own private registry.

*See* https://docs.docker.com/get-started/overview/ (last accessed March 20, 2026).

99.     On information and belief, Docker includes images that are built up from a series of layers, where each layer represents an instruction in the image's Dockerfile. Blocks of a root image are stored in a memory associated with a computer such as a server (node), as the below evidence shows.

## Images and layers

A Docker image is built up from a series of layers. Each layer represents an instruction in the image's Dockerfile. Each layer except the very last one is read-only. Consider the following Dockerfile:

```
# syntax=docker/dockerfile:1

FROM ubuntu:22.04
LABEL org.opencontainers.image.authors="org@example.com"
COPY . /app
RUN make /app
RUN rm -r $HOME/.cache
CMD python /app/app.py
```

This Dockerfile contains four commands. Commands that modify the filesystem create a layer. The `FROM` statement starts out by creating a layer from the `ubuntu:22.04` image. The `LABEL` command only modifies the image's metadata, and doesn't produce a new layer. The `COPY` command adds some files from your Docker client's current directory. The first `RUN` command builds your application using the `make` command, and writes the result to a new layer. The second `RUN` command removes a cache directory, and writes the result to a new layer. Finally, the `CMD` instruction specifies what command to run within the container, which only modifies the image's metadata, which doesn't produce an image layer.

*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).

The major difference between a container and an image is the top writable layer. All writes to the container that add new or modify existing data are stored in this writable layer. When the container is deleted, the writable layer is also deleted. The underlying image remains unchanged.

Because each container has its own writable container layer, and all changes are stored in this container layer, multiple containers can share access to the same underlying image and yet have their own data state. The diagram below shows multiple containers sharing the same Ubuntu 15.04 image.

*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).

50

100.    On information and belief, a Docker image and a Docker container can be layered in a manner as shown in the below evidence:



*See* https://docs.docker.com/engine/storage/drivers/overlayfs-driver/ (last accessed March 20, 2026); *See also* preamble [7.pre].

101.    On information and belief, the GEICO Count II Systems and Services practice storing leaf images for respective compute nodes on respective second storage units, as the below evidence shows. For example, on information and belief, Docker stores leaf images including thin R/W layer in a runnable container for respective compute nodes on respective second storage units including Docker's local storage area.

> The layers are stacked on top of each other. When you create a new container, you add a new writable layer on top of the underlying layers. This layer is often called the "container layer". All changes made to the running container, such as writing new files, modifying existing files, and deleting files, are written to this thin writable container layer. The diagram below shows a container based on an `ubuntu:15.04` image.

*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).

When you use `docker pull` to pull down an image from a repository, or when you create a container from an image that doesn't yet exist locally, each layer is pulled down separately, and stored in Docker's local storage area, which is usually `/var/lib/docker/` on Linux hosts. You can see these layers being pulled in this example:

```
$ docker pull ubuntu:22.04
22.04: Pulling from library/ubuntu
f476d66f5408: Pull complete
8882c27f669e: Pull complete
d9af21273955: Pull complete
f5029279ec12: Pull complete
Digest: sha256:6120be6a2b7ce665d0cbddc3ce6eae60fe94637c6a66985312d11
Status: Downloaded newer image for ubuntu:22.04
docker.io/library/ubuntu:22.04
```

*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).

52

## Images and layers

A Docker image is built up from a series of layers. Each layer represents an instruction in the image's Dockerfile. Each layer except the very last one is read-only. Consider the following Dockerfile:

```
# syntax=docker/dockerfile:1

FROM ubuntu:22.04
LABEL org.opencontainers.image.authors="org@example.com"
COPY . /app
RUN make /app
RUN rm -r $HOME/.cache
CMD python /app/app.py
```

This Dockerfile contains four commands. Commands that modify the filesystem create a layer. The `FROM` statement starts out by creating a layer from the `ubuntu:22.04` image. The `LABEL` command only modifies the image's metadata, and doesn't produce a new layer. The `COPY` command adds some files from your Docker client's current directory. The first `RUN` command builds your application using the `make` command, and writes the result to a new layer. The second `RUN` command removes a cache directory, and writes the result to a new layer. Finally, the `CMD` instruction specifies what command to run within the container, which only modifies the image's metadata, which doesn't produce an image layer.

*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).

The major difference between a container and an image is the top writable layer. All writes to the container that add new or modify existing data are stored in this writable layer. When the container is deleted, the writable layer is also deleted. The underlying image remains unchanged.

Because each container has its own writable container layer, and all changes are stored in this container layer, multiple containers can share access to the same underlying image and yet have their own data state. The diagram below shows multiple containers sharing the same Ubuntu 15.04 image.

*See* https://docs.docker.com/engine/storage/drivers/.[58]

---

[58] Annotations added unless otherwise noted.



*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).

102.    On information and belief, the image below shows a thin r/w layer for each of four separate containers that are each stored in memory and are associated with a root image that is further associated with a compute node, as the below evidence shows.



*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).

*See also* description below of containers. *See* https://docs.docker.com/engine/docker-overview/ (last accessed March 20, 2026).

103.    On information and belief, a Docker container is a runnable instance of an image and includes configuration options when it is created or started. When an image is run and a container is generated, a writable layer is created (on top of other layer(s)) and includes all changes to the running container, as the below evidence shows.

## Containers

A container is a runnable instance of an image. You can create, start, stop, move, or delete a container using the Docker API or CLI. You can connect a container to one or more networks, attach storage to it, or even create a new image based on its current state.

By default, a container is relatively well isolated from other containers and its host machine. You can control how isolated a container's network, storage, or other underlying subsystems are from other containers or from the host machine.

A container is defined by its image as well as any configuration options you provide to it when you create or start it. When a container is removed, any changes to its state that aren't stored in persistent storage disappear.

*See* https://docs.docker.com/get-started/docker-overview/ (last accessed March 20, 2026).

Docker uses storage drivers to store image layers, and to store data in the writable layer of a container. The container's writable layer doesn't persist after the container is deleted, but is suitable for storing ephemeral data that is generated at runtime. Storage drivers are optimized for space efficiency, but (depending on the storage driver) write speeds are lower than native file system performance, especially for storage drivers that use a copy-on-write filesystem. Write-intensive applications, such as database storage, are impacted by a performance overhead, particularly if pre-existing data exists in the read-only layer.

*See* https://docs.docker.com/get-started/docker-overview/ (last accessed March 20, 2026).

104.    On information and belief, a Docker image and a Docker container can be layered in a manner as shown in the evidence below:



*See* https://docs.docker.com/engine/storage/drivers/overlayfs-driver/ (last accessed March 20, 2026).

105.    On information and belief, the GEICO Count II Systems and Services practice storing leaf images, where said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image, as the below evidence shows. For example, on information and belief, Docker includes a writable runnable container layer for new data such as new files and including a copy on write strategy for changes made to the blocks of the root image.

The layers are stacked on top of each other. When you create a new container, you add a new writable layer on top of the underlying layers. This layer is often called the "container layer". All changes made to the running container, such as writing new files, modifying existing files, and deleting files, are written to this thin writable container layer. The diagram below shows a container based on an `ubuntu:15.04` image.

*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).

## Container and layers

The major difference between a container and an image is the top writable layer. All writes to the container that add new or modify existing data are stored in this writable layer. When the container is deleted, the writable layer is also deleted. The underlying image remains unchanged.

Because each container has its own writable container layer, and all changes are stored in this container layer, multiple containers can share access to the same underlying image and yet have their own data state. The diagram below shows multiple containers sharing the same Ubuntu 15.04 image.

*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).



*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).

Docker uses storage drivers to manage the contents of the image layers and the writable container layer. Each storage driver handles the implementation differently, but all drivers use stackable image layers and the copy-on-write (CoW) strategy.

*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).

## The copy-on-write (CoW) strategy

Copy-on-write is a strategy of sharing and copying files for maximum efficiency. If a file or directory exists in a lower layer within the image, and another layer (including the writable layer) needs read access to it, it just uses the existing file. The first time another layer needs to modify the file (when building the image or running the container), the file is copied into that layer and modified. This minimizes I/O and the size of each of the subsequent layers. These advantages are explained in more depth below.

*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).

106.    On information and belief, the GEICO Count II Systems and Services practice storing leaf images, where said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image, as the below evidence shows. For example, on information and belief, Docker includes a writable runnable container layer for new data such as new files and including a copy on write strategy for changes made to the blocks of the root image.

The layers are stacked on top of each other. When you create a new container, you add a new writable layer on top of the underlying layers. This layer is often called the "container layer". All changes made to the running container, such as writing new files, modifying existing files, and deleting files, are written to this thin writable container layer. The diagram below shows a container based on an `ubuntu:15.04` image.

*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).

## Container and layers

The major difference between a container and an image is the top writable layer. All writes to the container that add new or modify existing data are stored in this writable layer. When the container is deleted, the writable layer is also deleted. The underlying image remains unchanged.

Because each container has its own writable container layer, and all changes are stored in this container layer, multiple containers can share access to the same underlying image and yet have their own data state. The diagram below shows multiple containers sharing the same Ubuntu 15.04 image.

*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).



*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).

Docker uses storage drivers to manage the contents of the image layers and the writable container layer. Each storage driver handles the implementation differently, but all drivers use stackable image layers and the copy-on-write (CoW) strategy.

*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).

59

## The copy-on-write (CoW) strategy

Copy-on-write is a strategy of sharing and copying files for maximum efficiency. If a file or directory exists in a lower layer within the image, and another layer (including the writable layer) needs read access to it, it just uses the existing file. The first time another layer needs to modify the file (when building the image or running the container), the file is copied into that layer and modified. This minimizes I/O and the size of each of the subsequent layers. These advantages are explained in more depth below.

*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).

107.    On information and belief, when a container is created or started, a thin writable container layer is added on top of the other layers, and any changes the container makes to the filesystem are stored in this layer, whereas any files that the container does not change do not get copied into this layer, as the below evidence shows. Multiple containers can share access to the same image and maintain their own data state using their container layer.

## Copying makes containers efficient

When you start a container, a thin writable container layer is added on top of the other layers. Any changes the container makes to the filesystem are stored here. Any files the container doesn't change don't get copied to this writable layer. This means that the writable layer is as small as possible.

*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).

Because each container has its own writable container layer, and all changes are stored in this container layer, multiple containers can share access to the same underlying image and yet have their own data state. The diagram below shows multiple containers sharing the same Ubuntu 15.04 image.

*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).
*See also* claim limitations [7.a] and [7.b].

60

108.    On information and belief, the GEICO Count II Systems and Services practice said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes, as the below evidence shows. For example, on information and belief, Docker contains a writable layer using copy on write, leaving unchanged image data in their original image layers.

> Docker uses storage drivers to manage the contents of the image layers and the writable container layer. Each storage driver handles the implementation differently, but all drivers use stackable image layers and the copy-on-write (CoW) strategy.

*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).

## The copy-on-write (CoW) strategy

> Copy-on-write is a strategy of sharing and copying files for maximum efficiency. If a file or directory exists in a lower layer within the image, and another layer (including the writable layer) needs read access to it, it just uses the existing file. The first time another layer needs to modify the file (when building the image or running the container), the file is copied into that layer and modified. This minimizes I/O and the size of each of the subsequent layers. These advantages are explained in more depth below.

*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).

109.    On information and belief, when a container is created or started, a thin writable container layer is added on top of the other layers, and any changes the container makes to the filesystem are stored in this layer, whereas any files that the container does not change do not get copied into this layer, as the below evidence shows. Multiple containers can share access to the same image and maintain their own data state using their container layer.

## Container and layers

The major difference between a container and an image is the ==top writable layer. All writes to the container that add new or modify existing data are stored in this writable layer.== When the container is deleted, the writable layer is also deleted. The underlying image remains unchanged.

Because each container has its own writable container layer, and all changes are stored in this container layer, multiple containers can share access to the same underlying image and yet have their own data state. The diagram below shows multiple containers sharing the same Ubuntu 15.04 image.

*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).



*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).

## Copying makes containers efficient

When you start a container, a thin writable container layer is added on top of the other layers. Any changes the container makes to the filesystem are stored here. Any files the container doesn't change don't get copied to this writable layer. This means that the writable layer is as small as possible.

*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).

Because each container has its own writable container layer, and all changes are stored in this container layer, multiple containers can share access to the same underlying image and yet have their own data state. The diagram below shows multiple containers sharing the same Ubuntu 15.04 image.

*See* https://docs.docker.com/engine/storage/drivers/ (last accessed March 20, 2026).

110. On information and belief, in the example below, the image layer includes file 1, file 2, and file 3, and the container layer includes file 2 and file 4. The container mount provides a unified view of the image and container layers, as the below evidence shows. In this example, the container layer does not include file 1 or file 3, and includes file 2 and file 4, which have either been modified or created.



*See* https://docs.docker.com/engine/storage/drivers/overlayfs-driver/ (last accessed March 20, 2026).

*See also* claim limitations [7.a], [7.b], and [7.b.i].

111. On information and belief, the GEICO Count II Systems and Services practice caching blocks of said root image that have been accessed by at least one of said compute nodes

in a cache memory, as the below evidence shows. Docker caches unchanged image layers from previous commands.

# Optimize cache usage in builds

When building with Docker, a layer is reused from the build cache if the instruction and the files it depends on hasn't changed since it was previously built. Reusing layers from the cache speeds up the build process because Docker doesn't have to rebuild the layer again.

*See* https://docs.docker.com/build/cache/optimize/ (last accessed March 20, 2026).

## Understanding Docker Cache

Before we dive into the cleaning process, it's important to understand how Docker cache works. When you build a Docker image, Docker uses a build cache to speed up the build process. The build cache stores intermediate layers of the image, which are the layers that don't change frequently. This allows Docker to reuse these layers when building a new image, saving time and resources.

*See* https://collabnix.com/how-to-clear-docker-cache/ (last accessed March 20, 2026).

64

At each occurrence of a RUN command in the Dockerfile, Docker will create and commit a new layer to the image, which is just a set of tightly-coupled directories full of various file structure that comprise a Docker image. In a default install, these are located in /var/lib/docker.

During a new build, all of these file structures have to be created and written to disk — this is where Docker stores base images. Once created, the container (and subsequent new ones) will be stored in the folder in this same area.

What makes the cache important? If the objects on the file system that Docker is about to produce are unchanged between builds, reusing a cache of a previous build on the host is a great time-saver. It makes building a new container really, really fast. None of those file structures have to be created and written to disk this time — the reference to them is sufficient to locate and reuse the previously built structures.

*See* https://thenewstack.io/understanding-the-docker-cache-for-faster-builds/ (last accessed March 20, 2026).

112.    On information and belief, GEICO directly infringes the asserted claims of the '844 Patent, either literally or under the doctrine of equivalents, through at least using Docker in the GEICO Systems and Services.

113.    In addition, on information and belief, GEICO directly infringes the '844 Patent by testing the GEICO Systems and Services and its various systems that use Docker.

114.    On information and belief, GEICO has known that its infringing products and services, such as the Example GEICO Count II Products and Services, cannot be used without infringing the '844 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

115.    **Willful Blindness.** GEICO knew of the '844 Patent, or should have known of the '844 Patent, but was willfully blind to its existence. GEICO has had actual knowledge of the '844 Patent not later than receipt of a letter, dated March 26, 2026, and received on the same date. By

65

the time of trial, GEICO will have known and intended (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '844 Patent. *See* Exhibit 5 (Notice Letter). Further, GEICO has had actual knowledge of the '844 Patent not later than receipt of a letter, dated March 26, 2026, and received on the same date. By the time of trial, GEICO will have known and intended (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '844 Patent. *See* Exhibit 5 (Notice Letter).

116.    **Induced Infringement.** GEICO has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '844 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or its products and services, such as Example GEICO Count II Products and Services, in an infringing manner as described above, including encouraging and instructing its partners, vendors, customers, and/or third parties to infringe the '844 Patent. For example, on information and belief, GEICO offers products and services to its customers and third parties and/or employees that are associated with backend functionality provided by the Example GEICO Count II Products and Services. GEICO has contributed to and/or induced and continues to contribute to and/or induce the infringement of the '844 Patent by offering such products and services and contributing to and/or inducing its customers and third parties and/or employees to use such products and services that are associated with backend functionality provided by the Example GEICO Count II Products and Services.

117.    On information and belief, GEICO, with knowledge at least since the receipt of the notice letter and the time of filing the complaint, also indirectly infringes the '844 Patent by inducing its employees, customers, and other third parties (such as vendors) to use GEICO Systems

66

and Services, and provides documents that include instructions regarding how to use GEICO products and services that use Docker in the GEICO Systems and Services in an infringing manner.

118.    On information and belief, GEICO supplies its employees, customers, and other third parties with access to the GEICO Systems and Services through various products and services that allows its employees, customers, and other third parties to use the claimed method. On information and belief, GEICO provides instructions on how to use its various products and services that use Docker in the GEICO Systems and Services in an infringing manner, the use of which results in infringement of the '844 Patent claims through performance of the claimed methods.

119.    GEICO therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '844 Patent with knowledge of the '844 Patent and knowledge that the induced acts constitute infringement of one or more claims of the '844 Patent. GEICO has actively induced others, including, but not limited to, partners, vendors, customers, and/or third parties who use the Example GEICO Count II Products and Services to infringe the '844 Patent, literally and/or by the doctrine of equivalents, throughout the United States, including within this District, by, among other things, advertising, promoting, and instructing the infringing use of the Example GEICO Count II Products and Services.

120.    **Contributory Infringement.** GEICO actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia*, knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '844 Patent by its partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a separate and

distinct technology that is especially made or especially adapted for use in infringement of the '844 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

121.    GEICO therefore actively, knowingly, and intentionally has been and continues to materially contribute to their partners', vendors', and/or third-parties' infringement of the '844 Patent, literally and/or by the doctrine of equivalents, by making, manufacturing, utilizing, servicing, testing, distributing, selling, offering, and/or offering for sale the Example GEICO Count II Products and Services for use in a manner that infringes one or more claims of the '844 Patent. Example GEICO Count II Products and Services are especially made or adapted for infringing the '844 Patent and have no substantial non-infringing use.

122.    Intellectual Ventures II is entitled to recover damages adequate to compensate for Defendant's infringement of the '844 Patent and will continue to be damaged by such infringement. Intellectual Ventures II is entitled to recover damages from Defendant to compensate them for Defendant's infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

123.    Further, Defendant's infringement of Intellectual Ventures II's rights under the '844 Patent will continue to damage Intellectual Ventures II's business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

124.    As a result of Defendant's acts of infringement, Intellectual Ventures II has suffered and will continue to suffer damages in an amount to be proven at trial.

## COUNT III

(GEICO's Infringement of U.S. Patent No. 8,352,584)

125. Paragraphs 1 through 124 are incorporated by reference as if fully set forth herein.

126. **Direct Infringement**. GEICO, without authorization or license from Intellectual Ventures II, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '584 Patent, by making, manufacturing, utilizing, servicing, testing, distributing, selling, offering, and/or offering for sale the Accused Products and Services that infringe the '584 Patent, including but not limited to at least the Accused Systems and Services include without limitation GEICO systems and services that utilize Kubernetes; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future GEICO systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example GEICO Count III Systems and Services" or "GEICO Systems and Services")[59] literally or by the doctrine of equivalents.

127. On information and belief, GEICO has also infringed and continues to directly infringe, literally or under the doctrine of equivalents, the Example '584 Patent Claims, by internal testing and use of the Example GEICO Count III Products and Services.

---

[59] Plaintiffs do not accuse the public clouds of Defendant, to the extent those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Defendant's activities. Plaintiffs accuse Defendant's private clouds that implement GEICO Systems and Services and non-licensed public clouds that Defendant uses to support GEICO Systems and Services. Plaintiffs will provide relevant license agreements for cloud providers in discovery, and to the extent any of these licenses are relevant to Defendant's activities, Plaintiffs will meet and confer with Defendant about the impact of such license(s). Once a protective order is entered into the case, Plaintiffs will provide further details.

128. Each claim of the '584 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act. The '584 Patent is related to secure, customizable computer clusters and detecting cluster-level and node-level issues. The '584 Patent discloses and claims systems and methods that address technical problems that are inherent in and derive from prior art methods and systems involving the problems of multi-cluster configuration management and efficient usage of cluster resources, among other issues. For example, the '584 Patent at column 1 lines 39-43 and column 2 lines 12-20 describes issues with setup, configuration, and management of multi-cluster environments, and also describes at column 2 lines 26-51 the need for multi-cluster systems that are configured to a computing task, and describes multiple failed attempts at solutions to issues involving multi-cluster systems. The '584 Patent addressed this technical problem and others with a technical solution that is described in the specification for example at column 2 line 64 to column 3 line 3 and captured by one or more claims, including for example claim 1. Additionally, the claims of the '584 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination. For example, the following claim limitations recited in claim 1 were not routine or conventional, as evidenced by the '584 Patent file history: "a monitoring system to monitor operations of the first cluster or the second cluster for communication problems," "wherein the first cluster establishes communications between the set of computing resources of the first cluster and a first gateway communicatively linked between the first cluster and the private communications network," and "wherein the second cluster establishes communications among the set of computing resources of the second cluster and a second gateway communicatively linked between the second cluster and the private communications network," and "wherein communications between the first cluster and the second cluster are isolated."

129.    On information and belief, the GEICO Systems and Services use Kubernetes technology in at least GEICO's on-premise and/or private cloud(s). For example, GEICO posts, or has posted, job opportunities that require familiarity with Kubernetes containerization concepts and it has engineers who indicate that they use Kubernetes as part of their job responsibilities.[60]

130.    On information and belief, other information confirms GEICO uses non-licensed implementations of Kubernetes. For example, GEICO has implemented an infrastructure overhaul that includes a "large OpenStack private cloud deployment and heavy use of Kubernetes to manage containerized compute and storage."[61] OpenStack supports container technologies including Docker, Kubernetes, and Mesos.[62]

131.    On information and belief, GEICO uses at least on-premises and/or private cloud, and on information and belief, uses non-licensed Kubernetes and/or other similar technologies that operate in the same or substantially similar manner as the specifically identified systems and services. For example, an article describing a conversation with a GEICO platform and infrastructure VP confirms that GEICO is in the process of implementing "a large OpenStack

---

[60] https://www.linkedin.com/in/austin-talbot (GEICO software engineer who advertises Kubernetes related certificates obtained in context of current role); https://www.linkedin.com/jobs/view/sr-software-engineer-hybrid-go-java-microservices-kubernetes-at-GEICO-4321472851 (GEICO job posting for senior software engineer with responsibilities including Kubernetes); https://www.linkedin.com/in/sowmya-inugala-6a3680157 (GEICO cloud engineer with responsibility for Kubernetes); https://www.linkedin.com/in/tomer-sagi-83aa568 (GEICO software engineer with "expertise in Kubernetes"); https://www.linkedin.com/in/keerthanekbote (GEICO engineer with experience in Kubernetes); https://geico.wd1.myworkdayjobs.com/en-US/External/job/Seattle-WA/Senior-Full-Stack-Engineer_R0057662?q=Docker&locations=f1a55262d74b017c9494d6479b017c55 (job posting for GEICO staff software engineer with primary responsibility including Kubernetes) (last accessed March 26, 2026).
[61] https://www.thestack.technology/warren-buffetts-GEICO-repatriates-work-from-the-cloud-continues-ambitious-infrastructure-overhaul/ (last accessed March 20, 2026).
[62] https://www.openstack.org/use-cases/containers/ (last accessed March 20, 2026); *see also* https://openmetal.io/resources/blog/GEICO-drops-vmware-for-openstack-and-you-can-too/ (last accessed March 20, 2026).

private cloud deployment and heavy use of Kubernetes to manage containerised compute and storage."[63] GEICO "is heavily focused on building with open source toolkits and using Kubernetes to provision compute. GEICO's team is "building a homegrown placement solution leveraging CAPI" (an emerging open-source project for Kubernetes cluster management)."[64] That article confirms that, while GEICO had been transitioning parts of its data to the cloud, this was an on-going process and that it was repatriating this data: "Ten years into that [cloud] journey GEICO still hadn't migrated everything to the cloud, their bills went up 2.5X and their reliability challenges went up quite a lot too – because if you spread your data and your methodology across so many different vendors you are going to spend a lot of time recollecting that data to actually serve customers."[65] On information and belief, GEICO cut significant costs by "bringing workloads back to private infrastructure."[66]

132.    Each claim of the '584 Patent recites an independent invention. Neither the example claims described nor any other individual claim is representative of all claims in the '584 Patent.

133.    An exemplary claim, claim 1 of the '584 Patent is reproduced below:

*1. A computer system, comprising: a private communications network linked to a public communications network; a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network; a second cluster comprising a set of computing resources, including at*

---

[63] https://www.thestack.technology/warren-buffetts-GEICO-repatriates-work-from-the-cloud-continues-ambitious-infrastructure-overhaul/ (last accessed March 20, 2026).
[64] https://www.thestack.technology/warren-buffetts-GEICO-repatriates-work-from-the-cloud-continues-ambitious-infrastructure-overhaul/ (last accessed March 20, 2026).
[65] https://www.thestack.technology/warren-buffetts-GEICO-repatriates-work-from-the-cloud-continues-ambitious-infrastructure-overhaul/ (last accessed March 20, 2026).
[66] https://inspectural.com/blog/GEICO-300m-cloud-exit/ (last accessed March 20, 2026).

*least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network; and a monitoring system to monitor operations of the first cluster and the second cluster for communications problems; wherein the first configuration differs from the second configuration; wherein the first configuration provides a first computing environment to perform a first client task and the second configuration provides a second computing environment to perform a second client task; and wherein the computing resources comprise processing nodes, data storage shared by the processing nodes, and at least one communications network to link the processing nodes to each other and to the data storage; wherein the first cluster establishes communications between the set of computing resources of the first cluster and a first gateway communicatively linked between the first cluster and the private communications network; wherein the second cluster establishes communications among the set of computing resources of the second cluster and a second gateway communicatively linked between the second cluster and the private communications network; wherein communications between the first cluster and the second cluster are isolated; wherein the first cluster is a high performance cluster; and wherein the second cluster is a high performance cluster.*

134. On information and belief, the GEICO Count III Systems and Services include a computer system, as the below evidence shows. Kubernetes hosted on a server system, is a portable, extensible, open-source platform for managing containerized workloads and services.

# Overview

Kubernetes is a portable, extensible, open source platform for managing containerized workloads and services, that facilitates both declarative configuration and automation. It has a large, rapidly growing ecosystem. Kubernetes services, support, and tools are widely available.

*See* https://kubernetes.io/docs/concepts/overview/ (last accessed March 20, 2026).

135.    Further, on information and belief, Kubernetes uses clusters, which are groups of nodes that host and run containerized applications as per their defined Deployments and Services.

# Cluster Architecture

The architectural concepts behind Kubernetes.

A Kubernetes cluster consists of a control plane plus a set of worker machines, called nodes, that run containerized applications. Every cluster needs at least one worker node in order to run Pods.

The worker node(s) host the Pods that are the components of the application workload. The control plane manages the worker nodes and the Pods in the cluster. In production environments, the control plane usually runs across multiple computers and a cluster usually runs multiple nodes, providing fault-tolerance and high availability.

*See* https://kubernetes.io/docs/concepts/architecture/ (last accessed March 20, 2026).



Figure 1. Kubernetes cluster components.

*See* https://kubernetes.io/docs/concepts/architecture/ (last accessed March 20, 2026).

136.    On information and belief, as shown below, Kubernetes supports multiple clusters, which can be hosted on a server system.

Kubernetes is designed to scale quickly, massively, and reliably. However, scaling in place — such as adding more nodes to a cluster — eventually reaches a point of diminishing returns. Kubernetes multi-cluster, which is multiple Kubernetes clusters operating as a single logical platform, helps solve this problem and enhances Kubernetes capabilities in many critical areas.

*See* https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/ (last accessed March 20, 2026).



*See* https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/ (last accessed March 20, 2026).

137.    On information and belief, the GEICO Count III Systems and Services include a private communications network linked to a public communications network, as the below evidence shows. For example, the Kubernetes system within the GEICO accused network is configured to be linked through, for example, an Ingress, to an external network such as the Internet. For example, Kubernetes supports a Kubernetes cluster network to facilitate communication amongst nodes and/or Pods within the GEICO accused network.

# Terminology

For clarity, this guide defines the following terms:

- Node: A worker machine in Kubernetes, part of a cluster.
- Cluster: A set of Nodes that run containerized applications managed by Kubernetes. For this example, and in most common Kubernetes deployments, nodes in the cluster are not part of the public internet.
- Edge router: A router that enforces the firewall policy for your cluster. This could be a gateway managed by a cloud provider or a physical piece of hardware.
- Cluster network: A set of links, logical or physical, that facilitate communication within a cluster according to the Kubernetes networking model.
- Service: A Kubernetes Service that identifies a set of Pods using label selectors. Unless mentioned otherwise, Services are assumed to have virtual IPs only routable within the cluster network.

*See* https://kubernetes.io/docs/concepts/services-networking/ingress/[67] (last accessed March 20, 2026).

# The Kubernetes network model

- The *pod network* (also called a cluster network) handles communication between pods. It ensures that (barring intentional network segmentation):

  - All pods can communicate with all other pods, whether they are on the same node or on different nodes. Pods can communicate with each other directly, without the use of proxies or address translation (NAT).

    On Windows, this rule does not apply to host-network pods.

  - Agents on a node (such as system daemons, or kubelet) can communicate with all pods on that node.

*See* https://kubernetes.io/docs/concepts/services-networking/ (last accessed March 20, 2026).

---

[67] Annotations added unless otherwise noted.

77

138.    Further, on information and belief, in Kubernetes, Services provide a way for communication within the GEICO accused network to an external network, such as the Internet, as the below evidence shows. For example, the Ingress is configured to expose HTTP/HTTPS routes from outside the cluster.

Ingress exposes HTTP and HTTPS routes from outside the cluster to services within the cluster. Traffic routing is controlled by rules defined on the Ingress resource.

*See* https://kubernetes.io/docs/concepts/services-networking/ingress/ (last accessed March 20, 2026).



Figure. Ingress

*See* https://kubernetes.io/docs/concepts/services-networking/ingress/ (last accessed March 20, 2026).

# Service

Expose an application running in your cluster behind a single outward-facing endpoint, even when the workload is split across multiple backends.

In Kubernetes, a Service is a method for exposing a network application that is running as one or more Pods in your cluster.

A key aim of Services in Kubernetes is that you don't need to modify your existing application to use an unfamiliar service discovery mechanism. You can run code in Pods, whether this is a code designed for a cloud-native world, or an older app you've containerized. You use a Service to make that set of Pods available on the network so that clients can interact with it.

See https://kubernetes.io/docs/concepts/services-networking/service/ (last accessed March 20, 2026).

If your workload speaks HTTP, you might choose to use an Ingress to control how web traffic reaches that workload. Ingress is not a Service type, but it acts as the entry point for your cluster. An Ingress lets you consolidate your routing rules into a single resource, so that you can expose multiple components of your workload, running separately in your cluster, behind a single listener.

See https://kubernetes.io/docs/concepts/services-networking/service/ (last accessed March 20, 2026).

139.    On information and belief, a Kubernetes system from within the GEICO accused network includes the Gateway API, which provides Gateway resources, as the below evidence shows. These resources can be defined and specified so that external traffic from the Internet can be routed to various Services.

- The Gateway API (or its predecessor, Ingress) allows you to make Services accessible to clients that are outside the cluster.

See https://kubernetes.io/docs/concepts/services-networking/ (last accessed March 20, 2026).

# Resource model

Gateway API has three stable API kinds:

- **GatewayClass:** Defines a set of gateways with common configuration and managed by a controller that implements the class.

- **Gateway:** Defines an instance of traffic handling infrastructure, such as cloud load balancer.

- **HTTPRoute:** Defines HTTP-specific rules for mapping traffic from a Gateway listener to a representation of backend network endpoints. These endpoints are often represented as a Service.

*See* https://kubernetes.io/docs/concepts/services-networking/gateway/ (last accessed March 20, 2026).



*See* https://kubernetes.io/docs/concepts/services-networking/gateway/ (last accessed March 20, 2026).

In this example, the request flow for a Gateway implemented as a reverse proxy is:

1. The client starts to prepare an HTTP request for the URL
   `http://www.example.com`

*See* https://kubernetes.io/docs/concepts/services-networking/gateway/ (last accessed March 20, 2026).

140. On information and belief, the GEICO Count III Systems and Services include a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network, as the below evidence shows. For example, Kubernetes clusters include at least one node, where a node is either a physical or virtual machine comprising a CPU or portion

of CPU resources and memory, to run workloads. These clusters are connected to a private network, for example, the GEICO accused network. On information and belief, the private network, for example, the GEICO accused network(s), facilitates container-to-container, Pod-to-Pod, and/or Pod-to-Services communications across multiple clusters for sharing data and handling tasks.

# Cluster Architecture

The architectural concepts behind Kubernetes.

A Kubernetes cluster consists of a control plane plus a set of worker machines, called nodes, that run containerized applications. Every cluster needs at least one worker node in order to run Pods.

The worker node(s) host the Pods that are the components of the application workload. The control plane manages the worker nodes and the Pods in the cluster. In production environments, the control plane usually runs across multiple computers and a cluster usually runs multiple nodes, providing fault-tolerance and high availability.

*See* https://kubernetes.io/docs/concepts/architecture/ (last accessed March 20, 2026).

82



Figure 1. Kubernetes cluster components.

*See* https://kubernetes.io/docs/concepts/architecture/ (last accessed March 20, 2026).

Networking is a central part of Kubernetes, but it can be challenging to understand exactly how it is expected to work. There are 4 distinct networking problems to address:

1. Highly-coupled container-to-container communications: this is solved by Pods and `localhost` communications.
2. Pod-to-Pod communications: this is the primary focus of this document.
3. Pod-to-Service communications: this is covered by Services.
4. External-to-Service communications: this is also covered by Services.

*See* https://kubernetes.io/docs/concepts/cluster-administration/networking/ (last accessed March 20, 2026).

# Nodes

Kubernetes runs your workload by placing containers into Pods to run on *Nodes*. A node may be a virtual or physical machine, depending on the cluster. Each node is managed by the control plane and contains the services necessary to run Pods.

Typically you have several nodes in a cluster; in a learning or resource-limited environment, you might have only one node.

The components on a node include the kubelet, a container runtime, and the kube-proxy.

Node objects track information about the Node's resource capacity: for example, the amount of memory available and the number of CPUs. Nodes that self register report their capacity during registration. If you manually add a Node, then you need to set the node's capacity information when you add it.

*See* https://kubernetes.io/docs/concepts/architecture/nodes/ (last accessed March 20, 2026).

141. On information and belief, Kubernetes supports multi-cluster architectures, for example, such as cluster 1 and cluster 2 below, which can be hosted on a server system, as the below evidence shows.

Kubernetes is designed to scale quickly, massively, and reliably. However, scaling in place — such as adding more nodes to a cluster — eventually reaches a point of diminishing returns. Kubernetes multi-cluster, which is multiple Kubernetes clusters operating as a single logical platform, helps solve this problem and enhances Kubernetes capabilities in many critical areas.

*See* https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/ (last accessed March 20, 2026).



*See* https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/ (last accessed March 20, 2026).

# Kubernetes Multi-Cluster: Why and When To Use Them

Application containerization has disrupted the way software applications have been built and deployed. Over the years, Kubernetes has stood out as one of the best platforms for container orchestration. It has helped many companies achieve scalability, resilience, portability, and better resource utilization in their products. However, managing Kubernetes is still complex. The first question which comes to mind is whether we should use a single cluster or a multi-cluster for Kubernetes. Although a single cluster is easy to set up and manage and provides the basic features of Kubernetes, it lacks the typical resilience and high availability Kubernetes is famous for. In many cases, a single cluster is not enough to manage the load efficiently across all components. As a result, we need more than one cluster for a better division of workload and resources, hence the need for a multi-cluster solution.

*See*   https://www.qovery.com/blog/kubernetes-multi-cluster-why-and-when-to-use-them/   (last accessed March 20, 2026).

142.    On information and belief, in Kubernetes, Services provide a way for communication within the GEICO accused network to an external network, such as the Internet, as the below evidence shows. For example, the Ingress is configured to expose HTTP/HTTPS routes from outside the cluster.

Ingress exposes HTTP and HTTPS routes from outside the cluster to services within the cluster. Traffic routing is controlled by rules defined on the Ingress resource.

*See* https://kubernetes.io/docs/concepts/services-networking/ingress/ (last accessed March 20, 2026).



Figure. Ingress

*See* https://kubernetes.io/docs/concepts/services-networking/ingress/ (last accessed March 20, 2026).

# Service

Expose an application running in your cluster behind a single outward-facing endpoint, even when the workload is split across multiple backends.

In Kubernetes, a Service is a method for exposing a network application that is running as one or more Pods in your cluster.

A key aim of Services in Kubernetes is that you don't need to modify your existing application to use an unfamiliar service discovery mechanism. You can run code in Pods, whether this is a code designed for a cloud-native world, or an older app you've containerized. You use a Service to make that set of Pods available on the network so that clients can interact with it.

*See* https://kubernetes.io/docs/concepts/services-networking/service/ (last accessed March 20, 2026).

If your workload speaks HTTP, you might choose to use an Ingress to control how web traffic reaches that workload. Ingress is not a Service type, but it acts as the entry point for your cluster. An Ingress lets you consolidate your routing rules into a single resource, so that you can expose multiple components of your workload, running separately in your cluster, behind a single listener.

*See* https://kubernetes.io/docs/concepts/services-networking/service/ (last accessed March 20, 2026).

143.    On information and belief, a Kubernetes system from within the GEICO accused network includes the Gateway API, which provides Gateway resources, as the below evidence shows. These resources can be defined and specified so that external traffic from the Internet can be routed to various Services.

- The Gateway API (or its predecessor, Ingress) allows you to make Services accessible to clients that are outside the cluster.

*See* https://kubernetes.io/docs/concepts/services-networking/ (last accessed March 20, 2026).

# Resource model

Gateway API has three stable API kinds:

- **GatewayClass:** Defines a set of gateways with common configuration and managed by a controller that implements the class.

- **Gateway:** Defines an instance of traffic handling infrastructure, such as cloud load balancer.

- **HTTPRoute:** Defines HTTP-specific rules for mapping traffic from a Gateway listener to a representation of backend network endpoints. These endpoints are often represented as a Service.

*See* https://kubernetes.io/docs/concepts/services-networking/gateway/ (last accessed March 20, 2026).



*See* https://kubernetes.io/docs/concepts/services-networking/gateway/ (last accessed March 20, 2026).

In this example, the request flow for a Gateway implemented as a reverse proxy is:

1. The client starts to prepare an HTTP request for the URL `http://www.example.com`

*See* https://kubernetes.io/docs/concepts/services-networking/gateway/ (last accessed March 20, 2026).

144. On information and belief, the GEICO Count III Systems and Services include a second cluster comprising a set of computing resources, including at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network, as the below evidence shows. For example, Kubernetes clusters include at least one node, where a node is either a physical or virtual machine comprising a CPU or portion of CPU resources and memory, to run workloads. These clusters are connected to a private network, for example, the GEICO accused network. On information and belief, the private network, for example, the GEICO accused network, facilitates container-to-container, Pod-to-Pod, and/or Pod-to-Services communications across multiple clusters for sharing data and handling tasks.

# Cluster Architecture

The architectural concepts behind Kubernetes.

A Kubernetes cluster consists of a control plane plus a set of worker machines, called nodes, that run containerized applications. Every cluster needs at least one worker node in order to run Pods.

The worker node(s) host the Pods that are the components of the application workload. The control plane manages the worker nodes and the Pods in the cluster. In production environments, the control plane usually runs across multiple computers and a cluster usually runs multiple nodes, providing fault-tolerance and high availability.

*See* https://kubernetes.io/docs/concepts/architecture/ (last accessed March 20, 2026).

# Nodes

Kubernetes runs your workload by placing containers into Pods to run on *Nodes*. A node may be a virtual or physical machine, depending on the cluster. Each node is managed by the control plane and contains the services necessary to run Pods.

Typically you have several nodes in a cluster; in a learning or resource-limited environment, you might have only one node.

The components on a node include the kubelet, a container runtime, and the kube-proxy.

Node objects track information about the Node's resource capacity: for example, the amount of memory available and the number of CPUs. Nodes that self register report their capacity during registration. If you manually add a Node, then you need to set the node's capacity information when you add it.

*See* https://kubernetes.io/docs/concepts/architecture/nodes/ (last accessed March 20, 2026).

145.     On information and belief, Kubernetes supports multi-cluster architectures, for example, cluster 1 and cluster 2, which can be hosted on a server system, as the below evidence shows.

Kubernetes is designed to scale quickly, massively, and reliably. However, scaling in place — such as adding more nodes to a cluster — eventually reaches a point of diminishing returns. Kubernetes multi-cluster, which is multiple Kubernetes clusters operating as a single logical platform, helps solve this problem and enhances Kubernetes capabilities in many critical areas.

*See* https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/ (last accessed March 20, 2026).



*See* https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/ (last accessed March 20, 2026).

# Kubernetes Multi-Cluster: Why and When To Use Them

Application containerization has disrupted the way software applications have been built and deployed. Over the years, Kubernetes has stood out as one of the best platforms for container orchestration. It has helped many companies achieve scalability, resilience, portability, and better resource utilization in their products. However, managing Kubernetes is still complex. The first question which comes to mind is whether we should use a single cluster or a multi-cluster for Kubernetes. Although a single cluster is easy to set up and manage and provides the basic features of Kubernetes, it lacks the typical resilience and high availability Kubernetes is famous for. In many cases, a single cluster is not enough to manage the load efficiently across all components. As a result, we need more than one cluster for a better division of workload and resources, hence the need for a multi-cluster solution.

*See* https://www.qovery.com/blog/kubernetes-multi-cluster-why-and-when-to-use-them/ (last accessed March 20, 2026).

146.    On information and belief, in Kubernetes, Services provide a way for communication within the GEICO accused network to an external network, such as the Internet, as the below evidence shows. For example, the Ingress is configured to expose HTTP/HTTPS routes from outside the cluster.

Ingress exposes HTTP and HTTPS routes from outside the cluster to services within the cluster. Traffic routing is controlled by rules defined on the Ingress resource.

*See* https://kubernetes.io/docs/concepts/services-networking/ingress/ (last accessed March 20, 2026).

91



Figure. Ingress

*See* https://kubernetes.io/docs/concepts/services-networking/ingress/ (last accessed March 20, 2026).

# Service

Expose an application running in your cluster behind a single outward-facing endpoint, even when the workload is split across multiple backends.

In Kubernetes, a Service is a method for exposing a network application that is running as one or more Pods in your cluster.

A key aim of Services in Kubernetes is that you don't need to modify your existing application to use an unfamiliar service discovery mechanism. You can run code in Pods, whether this is a code designed for a cloud-native world, or an older app you've containerized. You use a Service to make that set of Pods available on the network so that clients can interact with it.

*See* https://kubernetes.io/docs/concepts/services-networking/service/ (last accessed March 20, 2026).

If your workload speaks HTTP, you might choose to use an Ingress to control how web traffic reaches that workload. Ingress is not a Service type, but it acts as the entry point for your cluster. An Ingress lets you consolidate your routing rules into a single resource, so that you can expose multiple components of your workload, running separately in your cluster, behind a single listener.

*See* https://kubernetes.io/docs/concepts/services-networking/service/ (last accessed March 20, 2026).

147.    On information and belief, a Kubernetes system from within the GEICO accused network includes the Gateway API, which provides Gateway resources, as the below evidence shows. These resources can be defined and specified so that external traffic from the Internet.

- The Gateway API (or its predecessor, Ingress) allows you to make Services accessible to clients that are outside the cluster.

*See* https://kubernetes.io/docs/concepts/services-networking/ (last accessed March 20, 2026).

# Resource model

Gateway API has three stable API kinds:

- **GatewayClass:** Defines a set of gateways with common configuration and managed by a controller that implements the class.

- **Gateway:** Defines an instance of traffic handling infrastructure, such as cloud load balancer.

- **HTTPRoute:** Defines HTTP-specific rules for mapping traffic from a Gateway listener to a representation of backend network endpoints. These endpoints are often represented as a Service.

*See* https://kubernetes.io/docs/concepts/services-networking/gateway/ (last accessed March 20, 2026).



*See* https://kubernetes.io/docs/concepts/services-networking/gateway/ (last accessed March 20, 2026).

In this example, the request flow for a Gateway implemented as a reverse proxy is:

1. The client starts to prepare an HTTP request for the URL
   `http://www.example.com`

*See* https://kubernetes.io/docs/concepts/services-networking/gateway/ (last accessed March 20, 2026).

148.    On information and belief, the GEICO Count III Systems and Services include a monitoring system to monitor operations of the first cluster and the second cluster for communications problems, as the below evidence shows. For example, based on information and belief, Kubernetes supports the Kubernetes API to manage and monitor Kubernetes clusters, for metrics such as cluster health, performance, and/or communication issues. Furthermore, Kubernetes works with full metrics pipeline and monitoring solutions that provide monitoring of operations within Kubernetes clusters, including communications problems.

A full metrics pipeline gives you access to richer metrics. Kubernetes can respond to these metrics by automatically scaling or adapting the cluster based on its current state, using mechanisms such as the Horizontal Pod Autoscaler. The monitoring pipeline fetches metrics from the kubelet and then exposes them to Kubernetes via an adapter by implementing either the `custom.metrics.k8s.io` or `external.metrics.k8s.io` API.

Kubernetes is designed to work with OpenMetrics, which is one of the CNCF Observability and Analysis - Monitoring Projects, built upon and carefully extending Prometheus exposition format in almost 100% backwards-compatible ways.

*See* https://kubernetes.io/docs/tasks/debug/debug-cluster/resource-usage-monitoring/ (last accessed March 20, 2026).

# What is Kubernetes monitoring?

Simply put, Kubernetes monitoring is the practice of tracking the status of all components of a Kubernetes environment. Because there are many pieces inside Kubernetes, Kubernetes monitoring actually entails monitoring many distinct things, such as:

- The kube-system workloads.
- Cluster information using the Kubernetes API.
- Applications interactions with Kubernetes by monitoring apps bottom-up.

*See* https://www.groundcover.com/kubernetes-monitoring (last accessed March 20, 2026).

149.    On information and belief, Kubernetes monitoring includes providing alerts to problems occurring within a cluster, which enables troubleshooting and addressing other potential issues relating to communications, as the below evidence shows.

By collecting Kubernetes data, you'll get viable information regarding your Kubernetes cluster health, that can help you perform Kubernetes troubleshooting and manage issues like unexpected container termination. You can also leverage the data for proactive decisions such as adjusting rate limits.

*See* https://www.groundcover.com/kubernetes-monitoring (last accessed March 20, 2026).

**What Kubernetes metrics should you measure?**                    −

There are many critical metrics for monitoring Kubernetes clusters. Monitoring occurs at two levels: cluster and pod. Cluster monitoring tracks the health of an entire Kubernetes cluster to verify if nodes function properly and at the right capacity, and how many applications run on a node and how the cluster utilizes resources. Pod monitoring tracks issues affecting individual pod metrics, like resource utilization, application and pod replication or autoscaling metrics.

At the cluster level, you want to measure how many nodes are available and healthy to determine the cloud resources you need to run the cluster. You also need to measure which computing resources your nodes use—including memory, CPU, bandwidth and disk utilization——to know if you should decrease or increase the size or number of nodes in a cluster.

At the pod level, there are three key metrics:

**Container**: network, CPU and memory usage

**Application**: specific to the application and related to its business logic

**Pod health and availability**: how the orchestrator handles a specific pod, health checks, network data and on-progress deployment.

*See* https://www.sumologic.com/solutions/kubernetes-monitoring (last accessed March 20, 2026).

## Kubernetes monitoring definition

**Kubernetes monitoring is a system of reporting that helps DevOps and IT teams identify issues and proactively manage complex Kubernetes clusters.** Effective Kubernetes monitoring allows for real-time management of your entire containerized infrastructure. It tracks uptime and cluster resource utilizations like memory, CPU, and storage. It also tracks cluster component interactions.

Kubernetes monitoring allows cluster operators to monitor functionality. It reports when the number of pods required isn't running, when resource utilization approaches critical limits, and when a pod or node cannot join a cluster due to a failure or configuration error.

*See* https://www.elastic.co/what-is/kubernetes-monitoring (last accessed March 20, 2026).

150.    Furthermore, on information and belief, Kubernetes includes various metrics tracking tools, such as tools for monitoring node health across multiple clusters, as the below evidence shows.

# Monitor Node Health

*Node Problem Detector* is a daemon for monitoring and reporting about a node's health. You can run Node Problem Detector as a `DaemonSet` or as a standalone daemon. Node Problem Detector collects information about node problems from various daemons and reports these conditions to the API server as Node Conditions or as Events.

*See* https://kubernetes.io/docs/tasks/debug/debug-cluster/monitor-node-health/ (last accessed March 20, 2026).

151.    On information and belief, Kubernetes alerting provides for the identification of communication problems, including the identification of clusters associated with the problem, as the below evidence shows.

Monitoring the Kubernetes control plane will let you detect and troubleshoot latency and cluster errors, and validate the service performance. Just like you have a dashboard in your car, you should have a dashboard for the elements of the Kubernetes control plane.

For example, monitoring the Kubernetes API server provides visibility in all of the communication between the cluster components.

*See* https://www.sysdig.com/blog/kubernetes-monitoring-best-practices (last accessed March 20, 2026).

Kubernetes alerting is the practice of generating notifications for events or trends in Kubernetes that require admins' attention. Examples of such events and trends include:

- A node that has failed.

- A Pod that is stuck in the pending state.

- A container or Pod that is consuming a high level of resources relative to normal consumption trends.

- High latency rates for communication between Kubernetes cluster components (such as between kubelet and control plane nodes).

*See* https://www.groundcover.com/kubernetes-monitoring/kubernetes-alerting (last accessed March 20, 2026).

## Kubernetes monitoring definition

**Kubernetes monitoring is a system of reporting that helps DevOps and IT teams identify issues and proactively manage complex Kubernetes clusters.** Effective Kubernetes monitoring allows for real-time management of your entire containerized infrastructure. It tracks uptime and cluster resource utilizations like memory, CPU, and storage. It also tracks cluster component interactions.

Kubernetes monitoring allows cluster operators to monitor functionality. It reports when the number of pods required isn't running, when resource utilization approaches critical limits, and when a pod or node cannot join a cluster due to a failure or configuration error.

*See* https://www.elastic.co/what-is/kubernetes-monitoring (lats accessed March 20, 2026).

152.    On information and belief, the GEICO Count III Systems and Services include a system where the first configuration differs from the second configuration, as the below evidence shows. For example, Kubernetes pods distributed across different nodes in different clusters can be configured to perform different tasks. Each node contains services necessary to run a pod, and each pod runs its own instance of a given application container or set of application containers, resulting in different configurations occurring at each node and cluster.

97

# Pods

*Pods* are the smallest deployable units of computing that you can create and manage in Kubernetes.

A *Pod* (as in a pod of whales or pea pod) is a group of one or more containers, with shared storage and network resources, and a specification for how to run the containers. A Pod's contents are always co-located and co-scheduled, and run in a shared context. A Pod models an application-specific "logical host": it contains one or more application containers which are relatively tightly coupled. In non-cloud contexts, applications executed on the same physical or virtual machine are analogous to cloud applications executed on the same logical host.

*See* https://kubernetes.io/docs/concepts/workloads/pods/ (last accessed March 20, 2026).



*See* https://kubernetes.io/docs/tutorials/kubernetes-basics/explore/explore-intro/ (last accessed March 20, 2026).

## Workload resources for managing pods 🔗

Usually you don't need to create Pods directly, even singleton Pods. Instead, create them using workload resources such as Deployment or Job. If your Pods need to track state, consider the StatefulSet resource.

Each Pod is meant to run a single instance of a given application. If you want to scale your application horizontally (to provide more overall resources by running more instances), you should use multiple Pods, one for each instance. In Kubernetes, this is typically referred to as *replication*. Replicated Pods are usually created and managed as a group by a workload resource and its controller.

*See* https://kubernetes.io/docs/concepts/workloads/pods/ (last accessed March 20, 2026).

153.    On information and belief, the components of the first cluster architecture differ from the second cluster architecture based on worker node configurations, the running containerized applications within Pods, networking, and other features part of Kubernetes, as the below evidence shows.

# Cluster Architecture

The architectural concepts behind Kubernetes.

A Kubernetes cluster consists of a control plane plus a set of worker machines, called nodes, that run containerized applications. Every cluster needs at least one worker node in order to run Pods.

The worker node(s) host the Pods that are the components of the application workload. The control plane manages the worker nodes and the Pods in the cluster. In production environments, the control plane usually runs across multiple computers and a cluster usually runs multiple nodes, providing fault-tolerance and high availability.

*See* https://kubernetes.io/docs/concepts/architecture/ (last accessed March 20, 2026).



*See* https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/ (last accessed March 20, 2026).

154.    On information and belief, the GEICO Count III Systems and Services include a system where the first configuration provides a first computing environment to perform a first client task and the second configuration provides a second computing environment to perform a second client task, as the below evidence shows. For example, Kubernetes pods distributed across different nodes in different clusters can be configured to perform different tasks. Each node contains services necessary to run a pod, and each pod runs its own instance of a given application container or set of application containers, resulting in different configurations occurring at each node and cluster.

# Pods

*Pods* are the smallest deployable units of computing that you can create and manage in Kubernetes.

A *Pod* (as in a pod of whales or pea pod) is a group of one or more containers, with shared storage and network resources, and a specification for how to run the containers. A Pod's contents are always co-located and co-scheduled, and run in a shared context. A Pod models an application-specific "logical host": it contains one or more application containers which are relatively tightly coupled. In non-cloud contexts, applications executed on the same physical or virtual machine are analogous to cloud applications executed on the same logical host.

*See* https://kubernetes.io/docs/concepts/workloads/pods/ (last accessed March 20, 2026).



*See* https://kubernetes.io/docs/tutorials/kubernetes-basics/explore/explore-intro/ (last accessed March 20, 2026).

## Workload resources for managing pods 🔗

Usually you don't need to create Pods directly, even singleton Pods. Instead, create them using workload resources such as Deployment or Job. If your Pods need to track state, consider the StatefulSet resource.

<mark>Each Pod is meant to run a single instance of a given application.</mark> If you want to scale your application horizontally (to provide more overall resources by running more instances), you should use multiple Pods, one for each instance. In Kubernetes, this is typically referred to as *replication*. Replicated Pods are usually created and managed as a group by a workload resource and its controller.

*See* https://kubernetes.io/docs/concepts/workloads/pods/ (last accessed March 20, 2026).

155. For example, on information and belief, the components of the first cluster architecture differ from the second cluster architecture based on worker node configurations, the running containerized applications within Pods, networking, and other features part of Kubernetes, as the below evidence shows.

# Cluster Architecture

The architectural concepts behind Kubernetes.

A Kubernetes cluster consists of a control plane plus a set of worker machines, called nodes, that run containerized applications. Every cluster needs at least one worker node in order to run Pods.

The worker node(s) host the Pods that are the components of the application workload. The control plane manages the worker nodes and the Pods in the cluster. In production environments, the control plane usually runs across multiple computers and a cluster usually runs multiple nodes, providing fault-tolerance and high availability.

*See* https://kubernetes.io/docs/concepts/architecture/ (last accessed March 20, 2026).



*See* https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/ (last accessed March 20, 2026).

156.    As a further example, on information and belief, multiple cluster configurations can differ based on different environmental access, location of the cluster, performance, and other considerations as mentioned below.

There are many reasons to want to run multiple clusters, including but not limited to:

- Location
  - Latency: it can be necessary to deploy the application as close to the customers as possible.
  - Jurisdiction: it can be mandated to keep user data in-country.
  - Data gravity: data already exists in one provider, but it can be decided to run the application in another environment.
- Isolation
  - Environment (e.g. dev, test, prod)
  - Performance isolation: a workload may consume too many resources, at the expense of other workloads.
  - Security isolation: sensitive data or untrusted code must be isolated in their own environments.
  - Organizational isolation: teams may have different management domains.
  - Cost isolation: multitenancy can greatly complexify billing management for different teams.
- Reliability
  - Blast radius: an infrastructure or application incident in one cluster must not impact the whole system.
  - Infrastructure diversity: an underlying zone, region, or provider outage does not bring down the whole system.
  - Scale: the application is too big to fit in a single cluster.
  - Upgrade scope: some parts of the application may require an infrastructure upgrade, that may impact other parts of the application. Having multiple clusters can also avoid the need for in-place cluster upgrades.

*See* https://multicluster.sigs.k8s.io/ (last accessed March 20, 2026).

157. For example, on information and belief, Kubernetes implements network policies for controlling the traffic at the IP address or port level within the cluster, and between Pods and the outside world. Network policies limit access by only allowing specific IP ranges to request, as the below evidence shows.

# Network Policies

If you want to control traffic flow at the IP address or port level (OSI layer 3 or 4), NetworkPolicies allow you to specify rules for traffic flow within your cluster, and also between Pods and the outside world. Your cluster must use a network plugin that supports NetworkPolicy enforcement.

*See* https://kubernetes.io/docs/concepts/services-networking/network-policies/ (last accessed March 20, 2026).

The entities that a Pod can communicate with are identified through a combination of the following three identifiers:

1. Other pods that are allowed (exception: a pod cannot block access to itself)
2. Namespaces that are allowed
3. IP blocks (exception: traffic to and from the node where a Pod is running is always allowed, regardless of the IP address of the Pod or the node)

*See* https://kubernetes.io/docs/concepts/services-networking/network-policies/ (last accessed March 20, 2026).

```yaml
service/networking/networkpolicy.yaml
apiVersion: networking.k8s.io/v1
kind: NetworkPolicy
metadata:
  name: test-network-policy
  namespace: default
spec:
  podSelector:
    matchLabels:
      role: db
  policyTypes:
  - Ingress
  - Egress
  ingress:
  - from:
    - ipBlock:
        cidr: 172.17.0.0/16
        except:
        - 172.17.1.0/24
    - namespaceSelector:
        matchLabels:
          project: myproject
    - podSelector:
        matchLabels:
          role: frontend
    ports:
    - protocol: TCP
      port: 6379
  egress:
  - to:
    - ipBlock:
        cidr: 10.0.0.0/24
    ports:
    - protocol: TCP
      port: 5978
```

*See* https://kubernetes.io/docs/concepts/services-networking/network-policies/ (last accessed March 20, 2026).

So, the example NetworkPolicy:

1. isolates `role=db` pods in the `default` namespace for both ingress and egress traffic (if they weren't already isolated)

2. (Ingress rules) allows connections to all pods in the `default` namespace with the label `role=db` on TCP port 6379 from:

   - any pod in the `default` namespace with the label `role=frontend`
   - any pod in a namespace with the label `project=myproject`
   - IP addresses in the ranges `172.17.0.0` – `172.17.0.255` and `172.17.2.0` – `172.17.255.255` (ie, all of `172.17.0.0/16` except `172.17.1.0/24` )

3. (Egress rules) allows connections from any pod in the `default` namespace with the label `role=db` to CIDR `10.0.0.0/24` on TCP port 5978

*See* https://kubernetes.io/docs/concepts/services-networking/network-policies/ (last accessed March 20, 2026).

158.    On information and belief, the GEICO Count III Systems and Services include a system where the computing resources comprise processing nodes, data storage shared by the processing nodes, and at least one communications network to link the processing nodes to each other and to the data storage, as the below evidence shows. For example, organized groups of resources such as CPU and memory are accessed by nodes of Kubernetes worker machines. Nodes are managed by the Kubernetes control plane, where a pod and its containers run on a node.



The components of a Kubernetes cluster

*See* https://kubernetes.io/docs/concepts/overview/components/ (last accessed March 20, 2026).

# Resource Management for Pods and Containers

When you specify a Pod, you can optionally specify how much of each resource a container needs. The most common resources to specify are CPU and memory (RAM); there are others.

When you specify the resource *request* for containers in a Pod, the kube-scheduler uses this information to decide which node to place the Pod on. When you specify a resource *limit* for a container, the kubelet enforces those limits so that the running container is not allowed to use more of that resource than the limit you set. The kubelet also reserves at least the *request* amount of that system resource specifically for that container to use.

*See* https://kubernetes.io/docs/concepts/configuration/manage-resources-containers/ (last accessed March 20, 2026).

# Core Components

A Kubernetes cluster consists of a control plane and one or more worker nodes.
Here's a brief overview of the main components:

## Control Plane Components

Manage the overall state of the cluster:

### kube-apiserver

The core component server that exposes the Kubernetes HTTP API

### etcd

Consistent and highly-available key value store for all API server data

### kube-scheduler

Looks for Pods not yet bound to a node, and assigns each Pod to a suitable node.

### kube-controller-manager

Runs controllers to implement Kubernetes API behavior.

### cloud-controller-manager (optional)

Integrates with underlying cloud provider(s).

*See* https://kubernetes.io/docs/concepts/overview/components/ (last accessed March 20, 2026).

## Node Components

Run on every node, maintaining running pods and providing the Kubernetes runtime
environment:

### kubelet

Ensures that Pods are running, including their containers.

### kube-proxy (optional)

Maintains network rules on nodes to implement Services.

### Container runtime

Software responsible for running containers. Read Container Runtimes to learn
more.

*See* https://kubernetes.io/docs/concepts/overview/components/ (last accessed March 20, 2026).

109

159.    Furthermore, on information and belief, Kubernetes includes centralized or distributed storage shared across nodes in a cluster. For example, this includes Persistent Volumes, which are provisioned by an administrator for storage across Pods and/or containers across all nodes within a Kubernetes cluster, as the below evidence shows.

> A *PersistentVolume* (PV) is a piece of storage in the cluster that has been provisioned by an administrator or dynamically provisioned using Storage Classes. It is a resource in the cluster just like a node is a cluster resource. PVs are volume plugins like Volumes, but have a lifecycle independent of any individual Pod that uses the PV. This API object captures the details of the implementation of the storage, be that NFS, iSCSI, or a cloud-provider-specific storage system.

*See* https://kubernetes.io/docs/concepts/storage/persistent-volumes/ (last accessed March 20, 2026).

## StorageClass objects

Each StorageClass contains the fields `provisioner`, `parameters`, and `reclaimPolicy`, which are used when a PersistentVolume belonging to the class needs to be dynamically provisioned to satisfy a PersistentVolumeClaim (PVC).

The name of a StorageClass object is significant, and is how users can request a particular class. Administrators set the name and other parameters of a class when first creating StorageClass objects.

As an administrator, you can specify a default StorageClass that applies to any PVCs that don't request a specific class. For more details, see the PersistentVolumeClaim concept.

*See* https://kubernetes.io/docs/concepts/storage/storage-classes/ (last accessed March 20, 2026).

160.    On information and belief, the GEICO Count III Systems and Services include a system where the first cluster establishes communications between the set of computing resources of the first cluster and a first gateway communicatively linked between the first cluster and the private communications network, as the below evidence shows. For example, Kubernetes clusters

110

include at least one node, where a node is either a physical or virtual machine comprising a CPU or portion of CPU resources and memory, to run workloads. These clusters are connected to a private network, for example, the GEICO accused network via a gateway, for example, such as Ingress controllers, internal load balancers, and cloud private endpoints. On information and belief, the private network, for example, the GEICO accused network, facilitates container-to-container, Pod-to-Pod, and/or Pod-to-Services communications across multiple clusters for sharing data and handling tasks.

## Ingress

Make your HTTP (or HTTPS) network service available using a protocol-aware configuration mechanism, that understands web concepts like URIs, hostnames, paths, and more. The Ingress concept lets you map traffic to different backends based on rules you define via the Kubernetes API.

*See* https://kubernetes.io/docs/concepts/services-networking/ingress/ (last accessed March 20, 2026).

## Terminology

For clarity, this guide defines the following terms:

- Node: A worker machine in Kubernetes, part of a cluster.
- Cluster: A set of Nodes that run containerized applications managed by Kubernetes. For this example, and in most common Kubernetes deployments, nodes in the cluster are not part of the public internet.
- Edge router: A router that enforces the firewall policy for your cluster. This could be a gateway managed by a cloud provider or a physical piece of hardware.
- Cluster network: A set of links, logical or physical, that facilitate communication within a cluster according to the Kubernetes networking model.
- Service: A Kubernetes Service that identifies a set of Pods using label selectors. Unless mentioned otherwise, Services are assumed to have virtual IPs only routable within the cluster network.

*See* https://kubernetes.io/docs/concepts/services-networking/ingress/ (last accessed March 20, 2026).



Figure. Ingress

*See* https://kubernetes.io/docs/concepts/services-networking/ingress/ (last accessed March 20, 2026).

161.    On information and belief, the GEICO Count III Systems and Services include a system where the second cluster establishes communications among the set of computing resources of the second cluster and a second gateway communicatively linked between the second cluster and the private communications network, as the below evidence shows. On information and belief, Kubernetes clusters include at least one node, where a node is either a physical or virtual machine comprising a CPU or portion of CPU resources and memory, to run workloads. On information and belief, in Kubernetes, Services provide a way for communication within a second cluster to the private network, for example, the GEICO accused network via a gateway, such as Ingress controllers, internal load balancers, and cloud private endpoints. On information and belief, the private network, for example, the GEICO accused network, facilitates container-to-container, Pod-to-Pod, and/or Pod-to-Services communications across multiple clusters for sharing data and handling tasks.

# Ingress

Make your HTTP (or HTTPS) network service available using a protocol-aware configuration mechanism, that understands web concepts like URIs, hostnames, paths, and more. The Ingress concept lets you map traffic to different backends based on rules you define via the Kubernetes API.

*See* https://kubernetes.io/docs/concepts/services-networking/ingress/ (last accessed March 20, 2026).

# Terminology

For clarity, this guide defines the following terms:

- Node: A worker machine in Kubernetes, part of a cluster.
- Cluster: A set of Nodes that run containerized applications managed by Kubernetes. For this example, and in most common Kubernetes deployments, nodes in the cluster are not part of the public internet.
- Edge router: A router that enforces the firewall policy for your cluster. This could be a gateway managed by a cloud provider or a physical piece of hardware.
- Cluster network: A set of links, logical or physical, that facilitate communication within a cluster according to the Kubernetes networking model.
- Service: A Kubernetes Service that identifies a set of Pods using label selectors. Unless mentioned otherwise, Services are assumed to have virtual IPs only routable within the cluster network.

*See* https://kubernetes.io/docs/concepts/services-networking/ingress/ (last accessed March 20, 2026).

113



# What is Ingress?

Ingress exposes HTTP and HTTPS routes from outside the cluster to services within the cluster. Traffic routing is controlled by rules defined on the Ingress resource.

Here is a simple example where an Ingress sends all its traffic to one Service:

Figure. Ingress

*See* https://kubernetes.io/docs/concepts/services-networking/ingress/ (last accessed March 20, 2026).

162.    On information and belief, a Kubernetes cluster network includes the Gateway API, which provides Gateway resources, as the below evidence shows. These resources can be defined and specified so that external traffic from the Internet can be routed to various Services.

# Gateway API

Gateway API is a family of API kinds that provide dynamic infrastructure provisioning and advanced traffic routing.

Make network services available by using an extensible, role-oriented, protocol-aware configuration mechanism. Gateway API is an add-on containing API kinds that provide dynamic infrastructure provisioning and advanced traffic routing.

*See* https://kubernetes.io/docs/concepts/services-networking/gateway/ (last accessed March 20, 2026).

- The Gateway API (or its predecessor, Ingress) allows you to make Services accessible to clients that are outside the cluster.

*See* https://kubernetes.io/docs/concepts/services-networking/ (last accessed March 20, 2026).

114

## Resource model

Gateway API has three stable API kinds:

- **GatewayClass:** Defines a set of gateways with common configuration and managed by a controller that implements the class.

- **Gateway:** Defines an instance of traffic handling infrastructure, such as cloud load balancer.

- **HTTPRoute:** Defines HTTP-specific rules for mapping traffic from a Gateway listener to a representation of backend network endpoints. These endpoints are often represented as a Service.

Gateway API is organized into different API kinds that have interdependent relationships to support the role-oriented nature of organizations. A Gateway object is associated with exactly one GatewayClass; the GatewayClass describes the gateway controller responsible for managing Gateways of this class. One or more route kinds such as HTTPRoute, are then associated to Gateways. A Gateway can filter the routes that may be attached to its `listeners`, forming a bidirectional trust model with routes.

The following figure illustrates the relationships of the three stable Gateway API kinds:



*See* https://kubernetes.io/docs/concepts/services-networking/gateway/ (last accessed March 20, 2026).



*See* https://kubernetes.io/docs/concepts/services-networking/gateway/ (last accessed March 20, 2026).

115

## Design principles

The following principles shaped the design and ==architecture of Gateway API:==

- **Role-oriented:** Gateway API kinds are modeled after organizational roles that are responsible for managing Kubernetes service networking:
  - **Infrastructure Provider:** Manages infrastructure that allows multiple isolated clusters to serve multiple tenants, e.g. a cloud provider.
  - **Cluster Operator:** Manages clusters and is typically concerned with policies, network access, application permissions, etc.
  - **Application Developer:** Manages an application running in a cluster and is typically concerned with application-level configuration and Service composition.
- **Portable:** Gateway API specifications are defined as custom resources and are supported by many implementations.
- **Expressive:** Gateway API kinds support functionality for common traffic routing use cases such as header-based matching, traffic weighting, and others that were only possible in Ingress by using custom annotations.
- **Extensible:** ==Gateway allows for custom resources to be linked at various layers of the API.== This makes granular customization possible at the appropriate places within the API structure.

*See* https://kubernetes.io/docs/concepts/services-networking/gateway/ (last accessed March 20, 2026).

163.    On information and belief, the GEICO Count III Systems and Services include a system where communications between the first cluster and the second cluster are isolated, as the below evidence shows. For example, multi-cluster Kubernetes provides for isolated workloads in separate clusters.

## Workload Isolation

==Multi-cluster Kubernetes allows you to isolate different workloads,== such as development, staging, and production environments, ==in separate clusters.== This improves fault tolerance and reduces the risk of cascading failures. Workload isolation also enables you to enforce strict resource quotas and security policies on a per-cluster basis.

*See* https://www.tigera.io/learn/guides/kubernetes-networking/kubernetes-multi-cluster/ (last accessed March 20, 2026).

164.    On information and belief, multi-cluster Kubernetes also provides for configuring access to different clusters, as the below evidence shows.

# Configure Access to Multiple Clusters

This page shows how to configure access to multiple clusters by using configuration files. After your clusters, users, and contexts are defined in one or more configuration files, you can quickly switch between clusters by using the `kubectl config use-context` command.

# Define clusters, users, and contexts

Suppose you have two clusters, one for development work and one for test work. In the `development` cluster, your frontend developers work in a namespace called `frontend`, and your storage developers work in a namespace called `storage`. In your `test` cluster, developers work in the default namespace, or they create auxiliary namespaces as they see fit. Access to the development cluster requires authentication by certificate. Access to the test cluster requires authentication by username and password.

*See* https://kubernetes.io/docs/tasks/access-application-cluster/configure-access-multiple-clusters/ (last accessed March 20, 2026).

165.    On information and belief, the GEICO Count III Systems and Services include a system where the first cluster is a high-performance cluster, as the below evidence shows. For example, Kubernetes is a system for automating deployment, scaling, and management of containerized applications.



Kubernetes, also known as K8s, is an open source system for automating deployment, scaling, and management of containerized applications.

It groups containers that make up an application into logical units for easy management and discovery. Kubernetes builds upon 15 years of experience of running production workloads at Google, combined with best-of-breed ideas and practices from the community.

*See* https://kubernetes.io/ (last accessed March 20, 2026).



Planet Scale 🔗

Designed on the same principles that allow Google to run billions of containers a week, Kubernetes can scale without increasing your operations team.

*See* https://kubernetes.io/ (last accessed March 20, 2026).

Kubernetes is a scalable and performant engine that orchestrates containers in a server environment. It is highly optimized by default, and it scales nicely in a suitable infrastructure.

It is also less opinionated by default, and there are plenty of customizations for end-users to define. This flexibility allows Kubernetes to cover many different use cases and penetrate the market faster, making it extremely popular.

*See* https://platform9.com/blog/10-kubernetes-performance-tips/ (last accessed March 20, 2026).

166.    On information and belief, as a non-limiting example, HPC workloads include many tasks, servers, and parallelization of processing deployed via Kubernetes, as the below evidence shows.

118

In Kubernetes, the base unit of scheduling is a Pod: one or more Docker containers scheduled to a cluster host. Kubernetes assumes that workloads are containers. While Kubernetes has the notion of Cron Jobs and Jobs that run to completion, applications deployed on Kubernetes are typically long-running services, like web servers, load balancers or data stores and while they are highly dynamic with pods coming and going, they differ greatly from HPC application patterns.

Traditional HPC applications often exhibit different characteristics:

- In financial or engineering simulations, a job may be comprised of tens of thousands of short-running tasks, demanding low-latency and high-throughput scheduling to complete a simulation in an acceptable amount of time.
- A computational fluid dynamics (CFD) problem may execute in parallel across many hundred or even thousands of nodes using a message passing library to synchronize state. This requires specialized scheduling and job management features to allocate and launch such jobs and then to checkpoint, suspend/resume or backfill them.
- Other HPC workloads may require specialized resources like GPUs or require access to limited software licenses. Organizations may enforce policies around what types of resources can be used by whom to ensure projects are adequately resourced and deadlines are met.

*See* https://kubernetes.io/blog/2017/08/kubernetes-meets-high-performance/#:~:text=HPC%20workloads%20unique%20challenges (last accessed March 20, 2026).

167.    On information and belief, the GEICO Count III Systems and Services include a system where the second cluster is a high performance cluster, as the below evidence shows. For example, Kubernetes is a system for automating deployment, scaling, and management of containerized applications.



Kubernetes, also known as K8s, is an open source system for automating deployment, scaling, and management of containerized applications.

It groups containers that make up an application into logical units for easy management and discovery. Kubernetes builds upon 15 years of experience of running production workloads at Google, combined with best-of-breed ideas and practices from the community.

*See* https://kubernetes.io/ (last accessed March 20, 2026).



**Planet Scale** 🔗

Designed on the same principles that allow Google to run billions of containers a week, Kubernetes can scale without increasing your operations team.

*See* https://kubernetes.io/ (last accessed March 20, 2026).

Kubernetes is a scalable and performant engine that orchestrates containers in a server environment. It is highly optimized by default, and it scales nicely in a suitable infrastructure.

It is also less opinionated by default, and there are plenty of customizations for end-users to define. This flexibility allows Kubernetes to cover many different use cases and penetrate the market faster, making it extremely popular.

*See* https://platform9.com/blog/10-kubernetes-performance-tips/ (last accessed March 20, 2026).

168.    On information and belief, as a non-limiting example, HPC workloads include many tasks, servers, and parallelization of processing deployed via Kubernetes, as the below evidence shows.

In Kubernetes, the base unit of scheduling is a Pod: one or more Docker containers scheduled to a cluster host. Kubernetes assumes that workloads are containers. While Kubernetes has the notion of Cron Jobs and Jobs that run to completion, applications deployed on Kubernetes are typically long-running services, like web servers, load balancers or data stores and while they are highly dynamic with pods coming and going, they differ greatly from HPC application patterns.

Traditional HPC applications often exhibit different characteristics:

- In financial or engineering simulations, a job may be comprised of tens of thousands of short-running tasks, demanding low-latency and high-throughput scheduling to complete a simulation in an acceptable amount of time.
- A computational fluid dynamics (CFD) problem may execute in parallel across many hundred or even thousands of nodes using a message passing library to synchronize state. This requires specialized scheduling and job management features to allocate and launch such jobs and then to checkpoint, suspend/resume or backfill them.
- Other HPC workloads may require specialized resources like GPUs or require access to limited software licenses. Organizations may enforce policies around what types of resources can be used by whom to ensure projects are adequately resourced and deadlines are met.

*See* https://kubernetes.io/blog/2017/08/kubernetes-meets-high-performance/#:~:text=HPC%20workloads%20unique%20challenges (last accessed March 20, 2026).

169.     On information and belief, GEICO directly infringes the asserted claims of the '584 Patent, either literally or under the doctrine of equivalents, through at least using Kubernetes in the GEICO Systems and Services.

170.     In addition, on information and belief, GEICO directly infringes the '584 Patent by testing the GEICO Systems and Services and its various systems that use Kubernetes.

171.     On information and belief, GEICO has known that its infringing products and services, such as the Example GEICO Count III Products and Services, cannot be used without infringing the '584 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

172.    **Willful Blindness.** GEICO knew of the '584 Patent, or should have known of the '584 Patent, but was willfully blind to its existence. GEICO has had actual knowledge of the '584 Patent not later than receipt of a letter, dated March 26, 2026, and received on the same date. By the time of trial, GEICO will have known and intended (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '584 Patent. *See* Exhibit 5 (Notice Letter).

173.    **Induced Infringement.** GEICO has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '584 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or its products and services, such as Example GEICO Count III Products and Services, in an infringing manner as described above, including encouraging and instructing its partners, vendors, customers, and/or third parties to infringe the '584 Patent. For example, on information and belief, GEICO offers products and services to its customers and third parties and/or employees that are associated with backend functionality provided by the Example GEICO Count III Products and Services. GEICO has contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '584 Patent by offering such products and services and contributing to and/or inducing its customers and third parties and/or employees to use such products and services that are associated with backend functionality provided by the Example GEICO Count III Products and Services.

174.    On information and belief, GEICO, with knowledge at least since the receipt of the notice letter and the time of filing the complaint, also indirectly infringes the '584 Patent by inducing its employees, customers, and other third parties (such as vendors) to use GEICO Systems and Services, and provides documents that include instructions regarding how to use GEICO

122

products and services that use Kubernetes in the GEICO Systems and Services in an infringing manner.

175. On information and belief, GEICO supplies its employees, customers, and other third parties with access to the GEICO Systems and Services through various products and services that allows its employees, customers, and other third parties to use the claimed method. On information and belief, GEICO provides instructions on how to use its various products and services that use Kubernetes in the GEICO Systems and Services in an infringing manner, the use of which results in infringement of the '584 Patent claims through performance of the claimed methods.

176. On information and belief, GEICO therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '584 Patent with knowledge of the '584 Patent and knowledge that the induced acts constitute infringement of one or more claims of the '584 Patent. GEICO has actively induced others, including, but not limited to, partners, vendors, customers, and/or third-parties who use the Example GEICO Count III Products and Services to infringe the '584 Patent, literally and/or by the doctrine of equivalents, throughout the United States, including within this District, by, among other things, advertising, promoting, and instructing the infringing use of the Example GEICO Count III Products and Services.

177. **Contributory Infringement.** GEICO actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia*, knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '584 Patent by its customers, partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a

separate and distinct technology that is especially made or especially adapted for use in infringement of the '584 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

178.    GEICO therefore actively, knowingly, and intentionally has been and continues to materially contribute to their partners', vendors', and/or third-parties' infringement of the '584 Patent, literally and/or by the doctrine of equivalents, by making, manufacturing, utilizing, servicing, testing, distributing, selling, offering, and/or offering for sale the Example GEICO Count III Products and Services for use in a manner that infringes one or more claims of the '584 Patent. Example GEICO Count III Products and Services are especially made or adapted for infringing the '584 Patent and have no substantial non-infringing use.

179.    Intellectual Ventures II is entitled to recover damages adequate to compensate for Defendant's infringement of the '584 Patent and will continue to be damaged by such infringement. Intellectual Ventures II is entitled to recover damages from Defendant to compensate them for Defendant's infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

180.    Further, Defendant's infringement of Intellectual Ventures II's rights under the '584 Patent will continue to damage Intellectual Ventures II's business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

181.    As a result of Defendant's acts of infringement, Intellectual Ventures II has suffered and will continue to suffer damages in an amount to be proven at trial.

## COUNT IV

(GEICO's Infringement of U.S. Patent No. 7,822,841)

182. Paragraphs 1 through 181 are incorporated by reference as if fully set forth herein.

183. **Direct Infringement**. GEICO, without authorization or license from Intellectual Ventures II, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '841 Patent, by making, manufacturing, utilizing, servicing, testing, distributing, selling, offering, and/or offering for sale the Accused Products and Services that infringe the '841 Patent, including but not limited to at least the Accused Systems and Services include without limitation GEICO systems and services that utilize Kubernetes; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future GEICO systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example GEICO Count IV Systems and Services" or "GEICO Systems and Services")[68] literally or by the doctrine of equivalents.

184. On information and belief, GEICO has also infringed and continues to directly infringe, literally or under the doctrine of equivalents, the Example '841 Patent Claims, by internal testing and use of the Example GEICO Count IV Products and Services.

---

[68] Plaintiffs do not accuse the public clouds of Defendant, to the extent those services are provided by a cloud provider with a license to Plaintiffs' patents that covers Defendant's activities. Plaintiffs accuse Defendant's private clouds that implement GEICO Systems and Services and non-licensed public clouds that Defendant uses to support GEICO Systems and Services. Plaintiffs will provide relevant license agreements for cloud providers in discovery, and to the extent any of these licenses are relevant to Defendant's activities, Plaintiffs will meet and confer with Defendant about the impact of such license(s). Once a protective order is entered into the case, Plaintiffs will provide further details.

185.     Each claim of the '841 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act. The '841 Patent is related to secure, customizable computer clusters and detecting cluster-level and node-level issues. The '841 Patent discloses and claims systems and methods that address technical problems that are inherent in and derive from prior art methods and systems involving the problems of multi-cluster configuration management and efficient usage of cluster resources, among other issues. For example, the '841 Patent describes that multi-clusters or multiple clusters can be used to perform various tasks, but that they raise technical issues because of their technical complexity for example by "consum[ing] a much larger set of resources and be[coming] even more expensive to maintain" (at column 2 lines 22-25) and raise technical issues in "monitoring the individual cluster components" (at column 4 lines 19-27). The '841 Patent addressed this technical problem and others with a technical solution that is described in the specification and captured by the asserted claims including claim 1. The Patent further describes attempts to address these technical issues with multi-cluster environments, all of which have failed at column 2 lines 25-44. Additionally, the claims of the '841 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination. For example, the following claim limitations recited in claim 1 were not routine or conventional, as evidenced by the '841 Patent file history: "a monitoring system monitoring operations of the first and second clusters, identifying operational and connectivity problems, and issuing an alert in response to the identified problems indicating a corresponding one of the first and second clusters associated with the identified problems"; and "wherein the monitoring system comprises a main monitor that operates to monitor the first and second clusters to identify the operation and connectivity problems and further comprises monitors for each node of the first and second clusters operating to check for hardware

126

and software problems within a particular node and to report the hardware and software problems to the main monitor."

186. On information and belief, the GEICO Systems and Services use Kubernetes technology in at least GEICO's on-premise and/or private cloud(s). For example, GEICO posts, or has posted, job opportunities that require familiarity with Kubernetes containerization concepts and it has engineers who indicate that they use Kubernetes as part of their job responsibilities.[69]

187. On information and belief, other information confirms GEICO uses non-licensed implementations of Kubernetes. For example, GEICO has implemented an infrastructure overhaul that includes a "large OpenStack private cloud deployment and heave use of Kubernetes to manage containerized compute and storage."[70] OpenStack supports container technologies including Docker, Kubernetes, and Mesos.[71]

188. On information and belief, GEICO uses at least on-premises and/or private cloud, and on information and belief, uses non-licensed Kubernetes and/or other similar technologies that operate in the same or substantially similar manner as the specifically identified systems and

---

[69] https://www.linkedin.com/in/austin-talbot (GEICO software engineer who advertises Kubernetes related certificates obtained in context of current role); https://www.linkedin.com/jobs/view/sr-software-engineer-hybrid-go-java-microservices-kubernetes-at-GEICO-4321472851 (GEICO job posting for senior software engineer with responsibilities including Kubernetes); https://www.linkedin.com/in/sowmya-inugala-6a3680157 (GEICO cloud engineer with responsibility for Kubernetes); https://www.linkedin.com/in/tomer-sagi-83aa568 (GEICO software engineer with "expertise in Kubernetes"); https://www.linkedin.com/in/keerthanekbote (GEICO engineer with experience in Kubernetes); https://geico.wd1.myworkdayjobs.com/en-US/External/job/Seattle-WA/Senior-Full-Stack-Engineer_R0057662?q=Docker&locations=f1a55262d74b017c9494d6479b017c55 (job posting for GEICO staff software engineer with primary responsibility including Kubernetes) (last accessed March 26, 2026).
[70] https://www.thestack.technology/warren-buffetts-GEICO-repatriates-work-from-the-cloud-continues-ambitious-infrastructure-overhaul/ (last accessed March 20, 2026).
[71] https://www.openstack.org/use-cases/containers/ (last accessed March 20, 2026); *see also* https://openmetal.io/resources/blog/GEICO-drops-vmware-for-openstack-and-you-can-too/ (last accessed March 20, 2026).

services. For example, an article describing a conversation with a GEICO platform and infrastructure VP confirms that GEICO is in the process of implementing "a large OpenStack private cloud deployment and heavy use of Kubernetes to manage containerised compute and storage."[72] GEICO "is heavily focused on building with open source toolkits and using Kubernetes to provision compute. GEICO's team is "building a homegrown placement solution leveraging CAPI" (an emerging open-source project for Kubernetes cluster management)."[73] That article confirms that, while GEICO had been transitioning parts of its data to the cloud, this was an on-going process and that it was repatriating this data: "Ten years into that [cloud] journey GEICO still hadn't migrated everything to the cloud, their bills went up 2.5X and their reliability challenges went up quite a lot too – because if you spread your data and your methodology across so many different vendors you are going to spend a lot of time recollecting that data to actually serve customers."[74] On information and belief, GEICO cut significant costs by "bringing workloads back to private infrastructure."[75]

189. Each claim of the '841 Patent recites an independent invention. Neither the example claims described nor any other individual claim is representative of all claims in the '841 Patent.

190. An exemplary claim, claim 1 of the '841 Patent is reproduced below:

*1. A computer system for hosting computing clusters for clients, comprising: a private communications network linked to a public communications network; a first cluster comprising a set of computing resources, including at least one hardware*

---

[72] https://www.thestack.technology/warren-buffetts-GEICO-repatriates-work-from-the-cloud-continues-ambitious-infrastructure-overhaul/ (last accessed March 20, 2026).
[73] https://www.thestack.technology/warren-buffetts-GEICO-repatriates-work-from-the-cloud-continues-ambitious-infrastructure-overhaul/ (last accessed March 20, 2026).
[74] https://www.thestack.technology/warren-buffetts-GEICO-repatriates-work-from-the-cloud-continues-ambitious-infrastructure-overhaul/ (last accessed March 20, 2026).
[75] https://inspectural.com/blog/GEICO-300m-cloud-exit/ (last accessed March 20, 2026).

*processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network; a second cluster comprising a set of computing resources, including at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network; and a monitoring system monitoring operations of the first and second clusters, identifying operational and connectivity problems, and issuing an alert in response to the identified problems indicating a corresponding one of the first and second clusters associated with the identified problems; wherein the first configuration differs from the second configuration and wherein the first configuration provides a first computing environment for performing a first client task and the second configuration provides a second computing environment for performing a second client task; wherein the monitoring system comprises a main monitor that operates to monitor the first and second clusters to identify the operation and connectivity problems and further comprises monitors for each node of the first and second clusters operating to check for hardware and software problems within a particular node and to report the hardware and software problems to the main monitor.*

191. On information and belief, the GEICO Count IV Systems and Services are a computer system for hosting computing clusters for clients, as the below evidence shows. Kubernetes is a portable, extensible, open source platform for managing containerized workloads and services.

# Overview

Kubernetes is a portable, extensible, open source platform for managing containerized workloads and services, that facilitates both declarative configuration and automation. It has a large, rapidly growing ecosystem. Kubernetes services, support, and tools are widely available.

*See* https://kubernetes.io/docs/concepts/overview/ (last accessed March 20, 2026).

Kubernetes uses clusters, which are groups of nodes that run containerized applications on behalf of a client.

# Cluster Architecture

The architectural concepts behind Kubernetes.

A Kubernetes cluster consists of a control plane plus a set of worker machines, called nodes, that run containerized applications. Every cluster needs at least one worker node in order to run Pods.

The worker node(s) host the Pods that are the components of the application workload. The control plane manages the worker nodes and the Pods in the cluster. In production environments, the control plane usually runs across multiple computers and a cluster usually runs multiple nodes, providing fault-tolerance and high availability.

*See* https://kubernetes.io/docs/concepts/architecture/ (last accessed March 20, 2026).

130



Figure 1. Kubernetes cluster components.

*See* https://kubernetes.io/docs/concepts/architecture/ (last accessed March 20, 2026).

192.    On information and belief, Kubernetes supports multi-clusters, as the below

evidence shows.

Kubernetes is designed to scale quickly, massively, and reliably. However, scaling in place — such as adding more nodes to a cluster — eventually reaches a point of diminishing returns. Kubernetes multi-cluster, which is multiple Kubernetes clusters operating as a single logical platform, helps solve this problem and enhances Kubernetes capabilities in many critical areas.

*See* https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/ (last accessed March 20, 2026).



*See* https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/ (last accessed March 20, 2026).

193.    On information and belief, the GEICO Count IV Systems and Services include a private communications network linked to a public communications network, as the below evidence shows. A Kubernetes cluster network is linked through for example an ingress configuration to an external network such as the Internet.

# Terminology

For clarity, this guide defines the following terms:

- Node: A worker machine in Kubernetes, part of a cluster.
- Cluster: A set of Nodes that run containerized applications managed by Kubernetes. For this example, and in most common Kubernetes deployments, nodes in the cluster are not part of the public internet.
- Edge router: A router that enforces the firewall policy for your cluster. This could be a gateway managed by a cloud provider or a physical piece of hardware.
- Cluster network: A set of links, logical or physical, that facilitate communication within a cluster according to the Kubernetes networking model.
- Service: A Kubernetes Service that identifies a set of Pods using label selectors. Unless mentioned otherwise, Services are assumed to have virtual IPs only routable within the cluster network.

*See* https://kubernetes.io/docs/concepts/services-networking/ingress/ (last accessed March 20, 2026).

Ingress exposes HTTP and HTTPS routes from outside the cluster to services within the cluster. Traffic routing is controlled by rules defined on the Ingress resource.

*See* https://kubernetes.io/docs/concepts/services-networking/ingress/ (last accessed March 20, 2026).



Figure. Ingress

*See* https://kubernetes.io/docs/concepts/services-networking/ingress/ (last accessed March 20, 2026).

133

194.    On information and belief, a Kubernetes cluster network can also be linked through for example a Gateway API configuration to an external network such as the Internet, as the below evidence shows.

## Resource model

Gateway API has three stable API kinds:

- **GatewayClass:** Defines a set of gateways with common configuration and managed by a controller that implements the class.

- **Gateway:** Defines an instance of traffic handling infrastructure, such as cloud load balancer.

- **HTTPRoute:** Defines HTTP-specific rules for mapping traffic from a Gateway listener to a representation of backend network endpoints. These endpoints are often represented as a Service.

*See* https://kubernetes.io/docs/concepts/services-networking/gateway/ (last accessed March 20, 2026).



*See* https://kubernetes.io/docs/concepts/services-networking/gateway/ (last accessed March 20, 2026).

195.    On information and belief, the GEICO Count IV Systems and Services include a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network, as the below evidence shows. On information and belief, Kubernetes uses clusters, which are groups of nodes that run containerized applications on behalf of a client.

On information and belief, Kubernetes clusters include workload computing resources, such as processors and memory, and are connected to a private communications network.

# Cluster Architecture

The architectural concepts behind Kubernetes.

A Kubernetes cluster consists of a control plane plus a set of worker machines, called nodes, that run containerized applications. Every cluster needs at least one worker node in order to run Pods.

The worker node(s) host the Pods that are the components of the application workload. The control plane manages the worker nodes and the Pods in the cluster. In production environments, the control plane usually runs across multiple computers and a cluster usually runs multiple nodes, providing fault-tolerance and high availability.

*See* https://kubernetes.io/docs/concepts/architecture/ (last accessed March 20, 2026).



Figure 1. Kubernetes cluster components.

*See* https://kubernetes.io/docs/concepts/architecture/[76] (last accessed March 20, 2026).

A Kubernetes node is either a virtual or physical machine that one or more Kubernetes pods run on. It is a worker machine that contains the necessary services to run pods, including the CPU and memory resources they need to run.

*See* https://www.cloudzero.com/blog/kubernetes-node-vs-pod/ (last accessed March 20, 2026).

196.    On information and belief, Kubernetes supports multi-cluster architectures, as the below evidence shows.

Kubernetes is designed to scale quickly, massively, and reliably. However, scaling in place — such as adding more nodes to a cluster — eventually reaches a point of diminishing returns. Kubernetes multi-cluster, which is multiple Kubernetes clusters operating as a single logical platform, helps solve this problem and enhances Kubernetes capabilities in many critical areas.

*See* https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/ (last accessed March 20, 2026).

---

[76] Annotations added unless otherwise noted.



*See* https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/ (last accessed March 20, 2026).

# Kubernetes Multi-Cluster: Why and When To Use Them

Application containerization has disrupted the way software applications have been built and deployed. Over the years, Kubernetes has stood out as one of the best platforms for container orchestration. It has helped many companies achieve scalability, resilience, portability, and better resource utilization in their products. However, managing Kubernetes is still complex. The first question which comes to mind is whether we should use a single cluster or a multi-cluster for Kubernetes. Although a single cluster is easy to set up and manage and provides the basic features of Kubernetes, it lacks the typical resilience and high availability Kubernetes is famous for. In many cases, a single cluster is not enough to manage the load efficiently across all components. As a result, we need more than one cluster for a better division of workload and resources, hence the need for a multi-cluster solution.

*See* https://www.qovery.com/blog/kubernetes-multi-cluster-why-and-when-to-use-them/ (last accessed March 20, 2026).

197.    On information and belief, a Kubernetes cluster is connected to a public network, such as the Internet, through ingress or Gateway API configurations, as the below evidence shows.

Ingress exposes HTTP and HTTPS routes from outside the cluster to services within the cluster. Traffic routing is controlled by rules defined on the Ingress resource.

*See* https://kubernetes.io/docs/concepts/services-networking/ingress/ (last accessed March 20, 2026).



Figure. Ingress

*See* https://kubernetes.io/docs/concepts/services-networking/ingress/ (last accessed March 20, 2026).

198.     On information and belief, a Kubernetes cluster network can also be linked through for example a Gateway API configuration to an external network such as the Internet, as the below evidence shows.

## Resource model

Gateway API has three stable API kinds:

- **GatewayClass:** Defines a set of gateways with common configuration and managed by a controller that implements the class.

- **Gateway:** Defines an instance of traffic handling infrastructure, such as cloud load balancer.

- **HTTPRoute:** Defines HTTP-specific rules for mapping traffic from a Gateway listener to a representation of backend network endpoints. These endpoints are often represented as a Service.

*See* https://kubernetes.io/docs/concepts/services-networking/gateway/ (last accessed March 20, 2026).



*See* https://kubernetes.io/docs/concepts/services-networking/gateway/ (last accessed March 20, 2026).

199.     On information and belief, the GEICO Count IV Systems and Services include a monitoring system monitoring operations of the first and second clusters, identifying operational and connectivity problems, and issuing an alert in response to the identified problems indicating a corresponding one of the first and second clusters associated with the identified problems, as the below evidence shows. On information and belief, Kubernetes works with full metrics pipeline solutions, which provide monitoring of operations within Kubernetes clusters including monitoring operational and connectivity problems.

139

A full metrics pipeline gives you access to richer metrics. Kubernetes can respond to these metrics by automatically scaling or adapting the cluster based on its current state, using mechanisms such as the Horizontal Pod Autoscaler. The monitoring pipeline fetches metrics from the kubelet and then exposes them to Kubernetes via an adapter by implementing either the `custom.metrics.k8s.io` or `external.metrics.k8s.io` API.

Kubernetes is designed to work with OpenMetrics, which is one of the CNCF Observability and Analysis - Monitoring Projects, built upon and carefully extending Prometheus exposition format in almost 100% backwards-compatible ways.

*See* https://kubernetes.io/docs/tasks/debug/debug-cluster/resource-usage-monitoring/ (last accessed March 20, 2026).

# What is Kubernetes monitoring?

Simply put, Kubernetes monitoring is the practice of tracking the status of all components of a Kubernetes environment. Because there are many pieces inside Kubernetes, Kubernetes monitoring actually entails monitoring many distinct things, such as:

- The kube-system workloads.
- Cluster information using the Kubernetes API.
- Applications interactions with Kubernetes by monitoring apps bottom-up.

*See* https://www.groundcover.com/kubernetes-monitoring (last accessed March 20, 2026).

200.    On information and belief, Kubernetes monitoring includes cluster-level monitoring for providing alerts to problems occurring within a cluster that enables troubleshooting and addressing other potential issues, such as operation and connectivity problems relating to a cluster, as the below evidence shows.

By collecting Kubernetes data, you'll get viable information regarding your Kubernetes cluster health, that can help you perform Kubernetes troubleshooting and manage issues like unexpected container termination. You can also leverage the data for proactive decisions such as adjusting rate limits.

*See* https://www.groundcover.com/kubernetes-monitoring (last accessed March 20, 2026).

**What Kubernetes metrics should you measure?**  −

There are many critical metrics for monitoring Kubernetes clusters. Monitoring occurs at two levels: cluster and pod. Cluster monitoring tracks the health of an entire Kubernetes cluster to verify if nodes function properly and at the right capacity, and how many applications run on a node and how the cluster utilizes resources. Pod monitoring tracks issues affecting individual pod metrics, like resource utilization, application and pod replication or autoscaling metrics.

At the cluster level, you want to measure how many nodes are available and healthy to determine the cloud resources you need to run the cluster. You also need to measure which computing resources your nodes use— including memory, CPU, bandwidth and disk utilization——to know if you should decrease or increase the size or number of nodes in a cluster.

At the pod level, there are three key metrics:

**Container**: network, CPU and memory usage

**Application**: specific to the application and related to its business logic

**Pod health and availability**: how the orchestrator handles a specific pod, health checks, network data and on-progress deployment.

*See* https://www.sumologic.com/solutions/kubernetes-monitoring (last accessed March 20, 2026).

## Kubernetes monitoring definition

**Kubernetes monitoring is a system of reporting that helps DevOps and IT teams identify issues and proactively manage complex Kubernetes clusters.** Effective Kubernetes monitoring allows for real-time management of your entire containerized infrastructure. It tracks uptime and cluster resource utilizations like memory, CPU, and storage. It also tracks cluster component interactions.

Kubernetes monitoring allows cluster operators to monitor functionality. It reports when the number of pods required isn't running, when resource utilization approaches critical limits, and when a pod or node cannot join a cluster due to a failure or configuration error.

*See* https://www.elastic.co/what-is/kubernetes-monitoring (last accessed March 20, 2026).

141

201.    On information and belief, Kubernetes includes various metrics tracking tools, such as tools for monitoring node health across multiple clusters, as the below evidence shows.

# Monitor Node Health

*Node Problem Detector* is a daemon for monitoring and reporting about a node's health. You can run Node Problem Detector as a `DaemonSet` or as a standalone daemon. Node Problem Detector collects information about node problems from various daemons and reports these conditions to the API server as Node Conditions or as Events.

*See* https://kubernetes.io/docs/tasks/debug/debug-cluster/monitor-node-health/ (last accessed March 20, 2026).

202.    On information and belief, Kubernetes alerting provides for identification of operational and connectivity problems including identification of clusters associated with the problem, as the below evidence shows.

Kubernetes alerting is the practice of generating notifications for events or trends in Kubernetes that require admins' attention. Examples of such events and trends include:

- A node that has failed.

- A Pod that is stuck in the pending state.

- A container or Pod that is consuming a high level of resources relative to normal consumption trends.

- High latency rates for communication between Kubernetes cluster components (such as between kubelet and control plane nodes).

*See* https://www.groundcover.com/kubernetes-monitoring/kubernetes-alerting (last accessed March 20, 2026).

142

## What Kubernetes metrics should you measure? −

There are many critical metrics for monitoring Kubernetes clusters. Monitoring occurs at two levels: cluster and pod. Cluster monitoring tracks the health of an entire Kubernetes cluster to verify if nodes function properly and at the right capacity, and how many applications run on a node and how the cluster utilizes resources. Pod monitoring tracks issues affecting individual pod metrics, like resource utilization, application and pod replication or autoscaling metrics.

At the cluster level, you want to measure how many nodes are available and healthy to determine the cloud resources you need to run the cluster. You also need to measure which computing resources your nodes use— including memory, CPU, bandwidth and disk utilization——to know if you should decrease or increase the size or number of nodes in a cluster.

At the pod level, there are three key metrics:

**Container**: network, CPU and memory usage

**Application**: specific to the application and related to its business logic

**Pod health and availability**: how the orchestrator handles a specific pod, health checks, network data and on-progress deployment.

*See* https://www.sumologic.com/solutions/kubernetes-monitoring (last accessed March 20, 2026).

## Kubernetes monitoring definition

**Kubernetes monitoring is a system of reporting that helps DevOps and IT teams identify issues and proactively manage complex Kubernetes clusters.** Effective Kubernetes monitoring allows for real-time management of your entire containerized infrastructure. It tracks uptime and cluster resource utilizations like memory, CPU, and storage. It also tracks cluster component interactions.

Kubernetes monitoring allows cluster operators to monitor functionality. It reports when the number of pods required isn't running, when resource utilization approaches critical limits, and when a pod or node cannot join a cluster due to a failure or configuration error.

*See* https://www.elastic.co/what-is/kubernetes-monitoring (last accessed March 20, 2026).

203.    On information and belief, the GEICO Count IV Systems and Services include a computer system where the first configuration differs from the second configuration and where the first configuration provides a first computing environment for performing a first client task and the second configuration provides a second computing environment for performing a second client task, as the below evidence shows. On information and belief, Kubernetes pods distributed across

143

different nodes in different clusters can be configured to perform different tasks. On information

and belief, each node contains services necessary to run a pod, and each pod runs its own instance

of a given application container or set of application containers, resulting in different

configurations occurring at each node and cluster.

## Pods

*Pods* are the smallest deployable units of computing that you can create and manage in Kubernetes.

A *Pod* (as in a pod of whales or pea pod) is a group of one or more containers, with shared storage and network resources, and a specification for how to run the containers. A Pod's contents are always co-located and co-scheduled, and run in a shared context. A Pod models an application-specific "logical host": it contains one or more application containers which are relatively tightly coupled. In non-cloud contexts, applications executed on the same physical or virtual machine are analogous to cloud applications executed on the same logical host.

*See* https://kubernetes.io/docs/concepts/workloads/pods/ (last accessed March 20, 2026).



*See* https://kubernetes.io/docs/tutorials/kubernetes-basics/explore/explore-intro/ (last accessed March 20, 2026).

## Workload resources for managing pods 🔗

Usually you don't need to create Pods directly, even singleton Pods. Instead, create them using workload resources such as Deployment or Job. If your Pods need to track state, consider the StatefulSet resource.

Each Pod is meant to run a single instance of a given application. If you want to scale your application horizontally (to provide more overall resources by running more instances), you should use multiple Pods, one for each instance. In Kubernetes, this is typically referred to as *replication*. Replicated Pods are usually created and managed as a group by a workload resource and its controller.

*See* https://kubernetes.io/docs/concepts/workloads/pods/ (last accessed March 20, 2026).

204.    On information and belief, the GEICO Count IV Systems and Services include a computer system where the monitoring system comprises a main monitor that operates to monitor the first and second clusters to identify the operation and connectivity problems and further comprises monitors for each node of the first and second clusters operating to check for hardware and software problems within a particular node and to report the hardware and software problems to the main monitor, as the below evidence shows. On information and belief, Kubernetes works with metrics pipeline solutions, which provide monitoring of operations within Kubernetes clusters including monitoring operational and connectivity problems. On information and belief, Kubernetes provides for monitoring of containers, pods, services, and a cluster itself.

# Tools for Monitoring Resources

To scale an application and provide a reliable service, you need to understand how the application behaves when it is deployed. You can examine application performance in a Kubernetes cluster by examining the containers, pods, services, and the characteristics of the overall cluster. Kubernetes provides detailed information about an application's resource usage at each of these levels. This information allows you to evaluate your application's performance and where bottlenecks can be removed to improve overall performance.

In Kubernetes, application monitoring does not depend on a single monitoring solution. On new clusters, you can use resource metrics or full metrics pipelines to collect monitoring statistics.

*See* https://kubernetes.io/docs/tasks/debug/debug-cluster/resource-usage-monitoring/ (last accessed March 20, 2026).

A full metrics pipeline gives you access to richer metrics. Kubernetes can respond to these metrics by automatically scaling or adapting the cluster based on its current state, using mechanisms such as the Horizontal Pod Autoscaler. The monitoring pipeline fetches metrics from the kubelet and then exposes them to Kubernetes via an adapter by implementing either the `custom.metrics.k8s.io` or `external.metrics.k8s.io` API.

Kubernetes is designed to work with OpenMetrics, which is one of the CNCF Observability and Analysis - Monitoring Projects, built upon and carefully extending Prometheus exposition format in almost 100% backwards-compatible ways.

*See* https://kubernetes.io/docs/tasks/debug/debug-cluster/resource-usage-monitoring/ (last accessed March 20, 2026).

146

## What is Kubernetes monitoring?

Simply put, Kubernetes monitoring is the practice of tracking the status of all components of a Kubernetes environment. Because there are many pieces inside Kubernetes, Kubernetes monitoring actually entails monitoring many distinct things, such as:

- The kube-system workloads.
- Cluster information using the Kubernetes API.
- Applications interactions with Kubernetes by monitoring apps bottom-up.

*See* https://www.groundcover.com/kubernetes-monitoring (last accessed March 20, 2026).

205.    On information and belief, Kubernetes monitoring includes providing alerts to problems occurring within a cluster that enables troubleshooting and addressing other potential issues, as the below evidence shows.

By collecting Kubernetes data, you'll get viable information regarding your Kubernetes cluster health, that can help you perform Kubernetes troubleshooting and manage issues like unexpected container termination. You can also leverage the data for proactive decisions such as adjusting rate limits.

*See* https://www.groundcover.com/kubernetes-monitoring (last accessed March 20, 2026).

206.    On information and belief, Kubernetes includes various metrics tracking tools for node monitoring, such as tools for monitoring node health across multiple clusters, as the below evidence shows.

# Monitor Node Health

*Node Problem Detector* is a daemon for monitoring and reporting about a node's health. You can run Node Problem Detector as a `DaemonSet` or as a standalone daemon. Node Problem Detector collects information about node problems from various daemons and reports these conditions to the API server as Node Conditions or as Events.

*See* https://kubernetes.io/docs/tasks/debug/debug-cluster/monitor-node-health/ (last accessed March 20, 2026).

207.    On information and belief, Kubernetes alerting provides for identification of operational and connectivity problems including identification of clusters associated with the problem, as the below evidence shows.

Kubernetes alerting is the practice of generating notifications for events or trends in Kubernetes that require admins' attention. Examples of such events and trends include:

- A node that has failed.

- A Pod that is stuck in the pending state.

- A container or Pod that is consuming a high level of resources relative to normal consumption trends.

- High latency rates for communication between Kubernetes cluster components (such as between kubelet and control plane nodes).

*See* https://www.groundcover.com/kubernetes-monitoring/kubernetes-alerting (last accessed March 20, 2026).

208.    On information and belief, while the image below provides examples of a monitoring system with a main monitor for monitoring multiple Kubernetes clusters, on information and belief there are other ways to track cluster performance as implemented by

Defendants, as the below evidence shows. On information and belief, resource tracking of a container, pod, service, or at the cluster level is provided in Kubernetes.



Kubernetes Cluster Monitoring

*See* https://towardsdev.com/how-to-monitor-kubernetes-cluster-using-prometheus-grafana-f220b0284e65 (last accessed March 20, 2026).

# Tools for Monitoring Resources

To scale an application and provide a reliable service, you need to understand how the application behaves when it is deployed. You can examine application performance in a Kubernetes cluster by examining the containers, pods, services, and the characteristics of the overall cluster. Kubernetes provides detailed information about an application's resource usage at each of these levels. This information allows you to evaluate your application's performance and where bottlenecks can be removed to improve overall performance.

In Kubernetes, application monitoring does not depend on a single monitoring solution. On new clusters, you can use resource metrics or full metrics pipelines to collect monitoring statistics.

*See* https://kubernetes.io/docs/tasks/debug/debug-cluster/resource-usage-monitoring/ (last accessed March 20, 2026).

209.    On information and belief, GEICO directly infringes the asserted claims of the '841 Patent, either literally or under the doctrine of equivalents, through at least using Kubernetes in the GEICO Systems and Services.

210.    In addition, on information and belief, GEICO directly infringes the '841 Patent by testing the GEICO Systems and Services and its various systems that use Kubernetes.

211.    On information and belief, GEICO has known that its infringing products and services, such as the Example GEICO Count IV Products and Services, cannot be used without infringing the '841 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

212.    **Willful Blindness.** GEICO knew of the '841 Patent, or should have known of the '841 Patent, but was willfully blind to its existence. GEICO has had actual knowledge of the '841 Patent not later than receipt of a letter, dated March 26, 2026, and received on the same date. By the time of trial, GEICO will have known and intended (since receiving such notice) that its

150

continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '841 Patent. *See* Exhibit 5 (Notice Letter).

213.    **Induced Infringement.** GEICO has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '841 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or its products and services, such as Example GEICO Count IV Products and Services, in an infringing manner as described above, including encouraging and instructing its partners, vendors, customers, and/or third parties to infringe the '841 Patent. For example, on information and belief, GEICO offers products and services to its customers and third parties and/or employees that are associated with LTE connectivity provided by the Example GEICO Count IV Products and Services. GEICO has contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '841 Patent by offering such products and services and contributing to and/or inducing its customers and third parties and/or employees to use such products and services that are associated with LTE connectivity provided by the Example GEICO Count IV Products and Services.

214.    On information and belief, GEICO, with knowledge at least since the receipt of the notice letter and the time of filing the complaint, also indirectly infringes the '841 Patent by inducing its employees, customers, and other third parties (such as vendors) to use GEICO Systems and Services, and provides documents that include instructions regarding how to use GEICO products and services that use Kubernetes in the GEICO Systems and Services in an infringing manner.

215.    On information and belief, GEICO supplies its employees, customers, and other third parties with access to the GEICO Systems and Services through various products and services that allows its employees, customers, and other third parties to use the claimed method. On

information and belief, GEICO provides instructions on how to use its various products and services that use Kubernetes in the GEICO Systems and Services in an infringing manner, the use of which results in infringement of the '841 Patent claims through performance of the claimed methods.

216.    On information and belief, GEICO therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '841 Patent with knowledge of the '841 Patent and knowledge that the induced acts constitute infringement of one or more claims of the '841 Patent. GEICO has actively induced others, including, but not limited to, partners, vendors, customers, and/or third parties who use the Example GEICO Count IV Products and Services to infringe the '841 Patent, literally and/or by the doctrine of equivalents, throughout the United States, including within this District, by, among other things, advertising, promoting, and instructing the infringing use of the Example GEICO Count IV Products and Services.

217.    **Contributory Infringement.** GEICO actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia*, knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '841 Patent by its partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a separate and distinct technology that is especially made or especially adapted for use in infringement of the '841 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

218.    GEICO therefore actively, knowingly, and intentionally has been and continues to materially contribute to their partners', vendors', and/or third-parties' infringement of the

'841 Patent, literally and/or by the doctrine of equivalents, by making, manufacturing, utilizing, servicing, testing, distributing, selling, offering, and/or offering for sale the Example GEICO Count IV Products and Services for use in a manner that infringes one or more claims of the '841 Patent. Example GEICO Count IV Products and Services are especially made or adapted for infringing the '841 Patent and have no substantial non-infringing use.

219. Intellectual Ventures II is entitled to recover damages adequate to compensate for Defendant's infringement of the '841 Patent and will continue to be damaged by such infringement. Intellectual Ventures II is entitled to recover damages from Defendant to compensate them for Defendant's infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

220. Further, Defendant's infringement of Intellectual Ventures II's rights under the '841 Patent will continue to damage Intellectual Ventures II's business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

221. As a result of Defendant's acts of infringement, Intellectual Ventures II has suffered and will continue to suffer damages in an amount to be proven at trial.

## DEMAND FOR JURY TRIAL

222. Under Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs respectfully request a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request the following relief:

A. A judgment that the Patents-in-Suit are valid and enforceable;

B. A judgment that Defendant directly infringes, contributorily infringes, and/or actively induces infringement of one or more claims of *each of* the Patents-in-Suit;

C. A judgment that awards Plaintiffs all damages adequate to compensate them for Defendant's direct infringement, willful infringement, contributory infringement, and/or induced infringement, of the Patents-in-Suit, including all pre- judgment and post- judgment interest at the maximum rate permitted by law;

D. A judgment that awards Plaintiffs all appropriate damages under 35 U.S.C. § 284 for Defendant's past infringement with respect to the Patents-in-Suit;

E. A judgment that awards Plaintiffs all appropriate damages under 35 U.S.C. § 284 for Defendant's infringement of the '080 Patent, '844 Patent, '584 Patent, and '841 Patent, which continue to damage Plaintiffs' business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court;

F. A judgment that awards Plaintiffs all appropriate damages under 35 U.S.C. § 284 for Defendant's continuing or future infringement, up until the date such judgment is entered with respect to the Patents-in-Suit, including ongoing royalties, pre- and post-judgment interest, costs, and disbursements as justified under 35 U.S.C. § 284;

G. A judgment that this case is exceptional under 35 U.S.C. § 285;

H. An accounting of all damages not presented at trial; and

I. A judgment that awards Plaintiffs their costs, disbursements, attorneys' fees, and such further and additional relief as is deemed appropriate by the Court.

Dated: March 27, 2026

RESPECTFULLY SUBMITTED,

By: /s/ *William D. Ellerman*
William D Ellerman (TX Bar No. 24007151)
wellerman@cjsjlaw.com
Ari B. Rafilson (TX Bar No. 24060456)
arafilson@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES PC**
8140 Walnut Hill Lane, Suite 105
Dallas, TX 75231
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@sjcjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES PC**
7901 Fish Pond Road, 2nd Floor
Waco, TX 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

Jonathan K. Waldrop (CA Bar No. 297903)
(*Pro Hac Vice* forthcoming)
jwaldrop@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(*Pro hac vice* forthcoming)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(*Pro hac vice* forthcoming)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(*Pro Hac Vice* forthcoming)
hkim@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(*Pro Hac Vice* forthcoming)
tnguyen@kasowitz.com
Jonathan H. Hicks (CA Bar No. 274634)
(*Pro Hac Vice* forthcoming)
jhicks@kasowitz.com
**KASOWITZ LLP**
101 California Street, Suite 3950
San Francisco, California 94111
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

155

Paul G. Williams (GA Bar No. 764925)
(*Pro Hac Vice* forthcoming)
pwilliams@kasowitz.com
**KASOWITZ LLP**
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

Jeceaca An (NY Bar No. 5849898)
(*Pro Hac Vice* forthcoming)
jan@kasowitz.com
**KASOWITZ LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

**Attorneys for**
**INTELLECTUAL VENTURES I LLC**
**INTELLECTUAL VENTURES II LLC**